R.I.C.O.-COMPLAINT & TRUST



Quang Thai

C/o 304 and 3041/2 E Angeleno Ave

San Gaberial, California [91776]

626-238-2622

Email-vlc1628@gmail.com

Plaintiff's In Pro Per

2017 DEC 27  AM 10: 50





PAID

DEC 27 2017

Clerk, US District Court
COURT 4612

# UNITED STATES DISTRICT COURT

## For the

### Central District of California

#### Los Angeles, California

| | |
|---|---|
| For the True, Proper Name; Quang Thai,) | Case: |
| Creditor, Beneficiary, ) | **CV 17-09217 AB(FFM)** |
| Plaintiff ) | COMPLAINT |
| Vs, ) | For the Violation of the F.R.C.P. |
| MIRAD FINANCIAL GROUP; ) | Rules and |
| SUPERIOR COURT OF CALIFORNIA) | Civil Rights Complaint Pursuant of the |
| COUNTY OF LOS ANGELES ) | Title 42 USC § 1983 (Non-Prisoner) |
| PASADENA COURTHOUSE, Case- ) | In Article-IV Court in Equity, F.R.C.P.- |
| No.17P02348 and Case-No. 17P02382; ) | Rule-38(a) |
| U.S. BANK NATIONAL ) | **Verified-Complaint** |
| ASSOCIATION SUCCESSOR IN ) | Declaratory Judgment and Injunctive |
| INTEREST TO WACHOVIA BANK ) | Relief Title-28 U.S.C. § 2201 and § 2202 for the Violations of the |
| NATIONAL ASSOCIATION, AS ) | 1. For the Violation of the |
| TRUSTEE FOR BANC OF AMERICA ) | Racketeering Influenced And |
| FUNDING CORPORATION ) | Corrupt Organizations Act |
| MORTGAGE PASS-THROUGH ) | ("Rico") Title-18 U.S.C. §§ 1961, |

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 1

R.I.C.O.-COMPLAINT & TRUST

CERTIFICATES, SERIES 2005-E;     )           1962(A)(B)(C), 1964 (A)(C);

NATIONSTAR MORTGAGE, LLC.;     )

Trustee-Annabelle G. Cortez;       )  For the Trial by the Jury is Demanded

Trustee-Eric G. Fernandez ;         )  X Yes ☐ No

Trustee-A. Dinah Trenk, ;           )  For the Plaintiffs reserves the right to

Defendants                     )  Amend;

as DOES/Does 1 through 50 Trustees  )

Defendants, Individually and Severally, )

All Unnamed, unknown Parties       )

DOES/Does to be named by the       )

Executor and Co-Executor, Does 1· |0  )

**COMES NOW** the Plaintiff, Quang Thai, movant in the above-captioned matter, and submitting this ·Verified-Complaint as follows: This Verified-Complaint incorporates all of the allegations Exhibits that have been submitted in this case. For the Section 904(a) of Title IX of the Organized Crime Control Act of 1970 (Pub. L. 91-452, 84 Stat. 947, enacting RICO), states that "the provision of this title shall be liberally construed to effectuate its remedial purposes.

## "NOTICE"

**"NO THIRD PARTIES" CAN ENTER INTO THIS INCORPORATION-ACTION-COMPLAINT-CASE, ALL DEFENDANT-TRUSTEES MUST ANSWER THERE OWN COMPLAINT**

**MUST HAVE FIRST HAND KNOWLEDGE OF THE FACTS**

**LIST OF DEFENDANT'S**

(1.)    For the Defendant-MIRAD FINANCIAL GROUP; This Complaint shall Be answered by the President CEO, CFO

(2.)    For the Defendant-SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, Case-No.

17P02348 and Case-No.17P02382, for this Complaint shall be answered by the Judge-Defendant-Trustee-Annabelle G. Cortez

(3.) For the Defendant-U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E This Complaint shall be answered by the Defendant-Trustee-Eric G. Fernandez,

(4.) For the Defendant-Trustee-Judge-Annabelle G. Cortez, This Complaint shall be answered by the Defendant-Trustee-Annabelle G. Cortez

(5.) For the Defendant-Trustee-A. Dinah Trenk, This Complaint shall be answered by the Defendant-Trustee-A. Dinah Trenk,

(6.) For the Defendant-Trustee-Eric. G. Fernandez, , This Complaint shall be answered by the Defendant-Trustee-Eric G. Fernandez,

(7.) For the Defendant-NATIONSTAR MORTGAGE, LLC.; This Complaint shall be answered by the Defendant

## Rules for the Third Party Attorneys

8. **"NOTICE"** Attorney(s) shall by the Production of Documents as required by the State of California and by the Plaintiff **(a)** <u>Certificate of Admission by the clerk of the California Supreme Court to Practice Law in the State of</u>

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 3

R.I.C.O.-COMPLAINT & TRUST

California. **(b)** Attorney must obtain a BAR Card to become a member of the California BAR Association;"Note a BAR Card is not a License" **(c)** the attorney must contact the State of California and obtain a license under the Business and Professions code §6067; which complies with California Business and Professions Code §6064(a) **(d)** the attorney must obtain a Bond through a Bonding Company **(e)** The attorney must also have an Approved oath of office; and

9. All Copies shall be given to the Plaintiff for the approval by the Plaintiff to be an Attorney for any of the Defendant(s) in this Case no Legal Documents can be performed until Attorney is Approved; and

10. All Attorney(s) must produce these Documents to show that he or she are Qualified to Practice Law in California and to be a Lawful Attorney in the State of California; and

11. We the People are the Rightful Masters of Both the Congress and the Courts ---Not to Overthrow the Constitution, but to overthrow the men who prevent the Constitution. Abraham Lincoln

## STATEMENT OF THE CASE

12. For the Plaintiff, like thousands of others, have been deprived of their property, labor and certain inalienable rights protected by the United States Constitution, Constitution of the California Republic of 1849, and the Constitution of the State of California by the egregious actions of the Defendants. The object of civil RICO is thus not merely to compensate victims but to turn them into prosecutors for the purpose for the Stopping and correcting of the wrong by the Defendants, **"Private Attorneys**

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013 All Rights **Reserved** P a g e | **4**

R.I.C.O.-COMPLAINT & TRUST

**General,"** dedicated to eliminating racketeering activity. 3 Id., at 187 (citing *Malley-Duff*, 483 U.S., at 151) (civil RICO specifically has a "further purpose [of] encouraging potential private plaintiffs diligently to investigate"). The provision for treble damages is accordingly justified by the expected benefit of suppressing racketeering activity, an object pursued the sooner the better. [*Rotella v. Wood et al.*, 528 U.S. 549 (2000)].The Defendants' actions have misused the laws of the United States of America for their own special interests.

Further, Plaintiff is a victims of extortion, mail fraud, Theft by deception, by and under the Fictitious-Quasi-Money FRN's, (Legal-Tender) as (Quasi-Money) in an for a (Quasi-Commerce), and Taking Real-Property something of Value and Defendants gave no Value with Quasi-Money for Value, through a Ponzi-Scheme, and oppression perpetrated by the Defendants and Defendants-Trustees, and each of them, who have consistently and deliberately stealing Plaintiff's Real-Property in violation of California and United States law. The Defendants and Defendants-Trustees use the SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, Case-No.17P02348 and Case-No.17P02382, both Cases pertain to (Unlawful Detainer) on the Subject-Real-Property, **as their Venue** in an Admiralty Maritime Jurisdiction with a Gold Fringe Flag with a Spear atop of Pole with a California Corporate Seal behind the Bench, to give the illusion that the People or the citizens that a legitimate Lawful Processes are being conducted with regard to Civil Actions, and/or Criminal Actions this is in Violation of F.R.C.P.-Rule-38(a) declared by the 7Th Amendment and **shall be Preserved** and CALIFORNIA CONSTITUTION, ARTICLE 6 JUDICIAL, SEC. 1. The judicial power of this State is vested in the

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**   P a g e | **5**

R.I.C.O.-COMPLAINT & TRUST

Supreme Court, Courts of appeal, and Superior courts, all of which are courts of record (Mandated). This "Civil-R.I.C.O." Law-Suit documents a continuous pattern of violations of federally protected rights perpetrated against Plaintiff and other Los Angeles County residents by Defendants and their affiliate Agencies.

For the Defendants and Defendant-Trustees have engaged in a common enterprise, and common course of conduct, for the purpose of which is and was to engage in the violations of laws alleged in this Complaint. This common enterprise and common course of conduct continues to the present.

This lawsuit further attempts to report and provide evidence that the Defendants and Defendant-Trustees are operating the SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, Case-No.17P02348 and Case-No.17P02382, (Unlawful-Detainer) like a criminal enterprise outside the confines of California and United States Law. The Patterns of wrongs that are documented in this lawsuit have inflicted great harm upon Plaintiff, and the citizens of California, the United States and upon the rule of the law.  Plaintiff(s) through this lawsuit seek damages and relief from these violations of numerous state and federally protected rights. For the Plaintiff seek restitution imposing Civil Penalties, and granting all other relief provided for under California and United States Law against all named Defendants and Defendant-Trustees, jointly and severally for engaging in their unlawful and corrupt business practices; and

13. The California Constitution (1879) mandates that all courts in California are courts of record. [A court not of record is sometimes called a nisi prius

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights **Reserved**    P a g e | 6

## R.I.C.O.-COMPLAINT & TRUST

court or an equity court.] A court of record, to be a court of record, must satisfy four requirements. Three of those requirements are:

A. It is proceeding according to the course of the common law [i.e. no statutes or codes].

B. The tribunal is independent of the magistrate that is conducting the proceedings. [Unlike equity courts, in a court of record the magistrate is limited to only signing orders as directed by the court: the magistrate may not originate any decisions.]

C. It keeps a record of the proceedings.

14. On March/21/2005 I, Quang Thai, Plaintiff in this matter entered into a Contract with MIRAD FINANCIAL GROUP at that time alleged-Loan, in the amount of $480,000.00 plus interest MIRAD FINANCIAL GROUP issued a Deed of Trust and a Promissory-Note in the Amount of $480,000.00 in which **Plaintiff signed both Instruments and the Deed of Trust and Promissory Note and in the Deed of Trust made QUANG THAI as [1]Trustor and Borrower, the Problem is the Plaintiff Quang Thai the Real Party of interest signed the Documents and through Plaintiff Signature made Plaintiff the [2]Grantor and [3]Executor of the Deed of Trust and Promissory Note,** under the Deed of Trust MIRAD FINANCIAL GROUP was the Lender, **QUANG THAI** is the Borrower, Trustor under this Security-Instrument, MIRAD FINANCIAL GROUP

---

[1] Blacks 4Th Trustor; One who creates a trust. Also called settlor. Ulmer vs Fulton, 129 Ohio St, 323, 195 N.E. 557, 97A.L.R. 1170.
[2] Grantor; The person by whom the Grant is made
[3] Executor; A person to whom a testator by his will comm its the execution or putting in force of that instrument and its codicils. Fonbl. 307. Appointment as Executor of person on whom will casts affirmative duty to Collect debt, adjust Claims, and make distribution of assets, is validated. In re Hazen's Estate, 175 Misc. 851, 25 N.Y.S.2d 293, 295, 296.

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | 7

R.I.C.O.-COMPLAINT & TRUST

issued showing that Plaintiff owes that alleged debt money back to the alleged MIRAD FINANCIAL GROUP  and QUANG THAI as Borrower; **Plaintiff proof of Claim-(See the Attachment and incorporation by this reference as (Exhibit-A) Deed of Trust) and Exhibit-B) Promissory-Note or (Adj-Rate Note)** then Plaintiff discovered the Fraud under the F.R.C.P. Rule-26(e)(2) by MIRAD FINANCIAL GROUP, when Plaintiff, issued the Promissory Note the subject Real Property should have been Discharged under HJR-192 of June/05/1933 and U.C.C.3-311(a)(1)(2)(3)(b) there is No Money! When MIRAD FINANCIAL GROUP created the Deed of Trust MIRAD FINANCIAL GROUP Created a Fraudulent-Debt in the Amount of $480,000.00 U.S. Dollars by MIRAD FINANCIAL GROUP accepting a Promissory-Note in the Full Satisfaction-U.C.C.-3-311(a)(1)(2)(3)(b)(c) of the Debt the Subject Real-Property was Paid in Full-Satisfaction and MIRAD FINANCIAL GROUP Accepted the Promissory-Note as in Full-Satisfaction of the Debt, under U.C.C. 3-311.

*(a) If a person against whom a claim is asserted proves that*

*(1) that person in good faith tendered an instrument to the claimant as full satisfaction of the claim,*

*(2) the amount of the claim was un-liquidated or subject to a bona fide dispute, and*

*(3) the claimant obtained payment of the instrument, the following SUBDIVISIONS apply.*

*(b) Unless SUBDIVISION (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.* When Plaintiff issued the Promissory-Note the subject Real-Property

R.I.C.O.-COMPLAINT & TRUST

was Paid in Full-Satisfaction, and MIRAD FINANCIAL GROUP created a Fraudulent-Debt by the Creating of the Deed of Trust-Doc.2005-0782006 and Recording it in the Los Angeles County Recorder's Office (Securities Fraud) and MIRAD FINANCIAL GROUP Extorting monthly Payments by the Servicer(s) of the so called Loan, NATION STAR MORTGAGE, LLC. all monies Collected by the Servicers shall be returned as over Payment for the Plaintiff, MIRAD FINANCIAL GROUP knew that the Deed of Trust was Fraud or should have known, and everything after March/21/2005 is **Void** ab binato everything done by the Defendant(s) and Defendant-Trustees are **VOID** all Recordings in the Los Angeles County Recorder's Office is **VOID** and the Un-Lawful-Detainer filed in the SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, Case-No. 17P02348 and Case-No.17P02382, are **VOID** and the Taking and selling Plaintiff Subject-Real-Property is VOID and MIRAD FINANCIAL GROUP is responsible for all the havoc that MIRAD FINANCIAL GROUP has Created since March/21/2005 on Plaintiff Real-Property; and

15. For the Plaintiff alleges that MIRAD FINANCIAL GROUP is not in Possession of Plaintiff Promissory-Note and Plaintiff believes that Defendant-U.S. BANK N.S. SERIES 2005-E is also not in Possession of Plaintiff Promissory-Note, Plaintiff believes that MIRAD FINANCIAL GROUP Sold Plaintiff Promissory-Note to Defendant-U.S. BANK N.S. SERIES 2005-E and Defendant-U.S. BANK N.S. SERIES 2005-E Securitized the Note and the Note is gone, lost, stolen or destroyed Plaintiff Promissory-Note, **for the Plaintiff Proof of Claim (See the Attachment and incorporation by this reference as Exhibit-C**

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 9

R.I.C.O.-COMPLAINT & TRUST

**Forensic Audit)** if Defendant-U.S. BANK N.S. SERIES 2005-E is not in Possession of Plaintiff Promissory-Note Defendant-U.S. BANK N.S. SERIES 2005-E has no Claim to Plaintiff subject-Real-Property and has no Authority to bring Suit in the SUPERIOR COURT-Unlawful Detainer, it Fails by stating of a Claim for which relief can be granted F.R.C.P.-12(b)(6), and Defendant-U.S. BANK N.S. SERIES 2005-E Sold Plaintiff Real-Property under Fraud, Defendant-U.S. BANK N.S. SERIES 2005-E must produce Plaintiff Promissory-Note so Plaintiff can verify Plaintiff Signature on the Note and Plaintiff is denying Plaintiff Signature on the Note and if the Note is true and Correct the Note is Discharged under U.C.C.-3-310 and Paid in Full Satisfaction on January/23/2007, under U.C.C.-3-308 it States; *(a) In an action with respect to an instrument, the authenticity of, and authority to make, each signature on the instrument is admitted unless specifically denied in the pleadings. If the validity of a signature is denied in the pleadings, the burden of establishing validity is on the person claiming validity, but the signature is presumed to be authentic and authorized unless the action is to enforce the liability of the purported signer and the signer is dead or incompetent at the time of trial of the issue of validity of the signature. If an action to enforce the instrument is brought against a person as the undisclosed principal of a person who signed the instrument as a party to the instrument, the plaintiff has the burden of establishing that the defendant is liable on the instrument as a represented person under SUBDIVISION (a) of SECTION 3402.*

*(b) If the validity of signatures is admitted or proved and there is compliance with SUBDIVISION (a), a plaintiff producing the instrument is entitled to payment if the plaintiff proves entitlement to enforce the*

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 10

R.I.C.O.-COMPLAINT & TRUST

*instrument under SECTION 3301, unless the defendant proves a defense or claim in recoupment. If a defense or claim in recoupment is proved, the right to payment of the plaintiff is subject to the defense or claim, except to the extent the plaintiff proves that the plaintiff has rights of a holder in due course which are not subject to the defense or claim.*

**U.C.C.-3-301 it States; *"Person entitled to enforce" an instrument means (a) the holder of the instrument,***

*(b) a non-holder in possession of the instrument who has the rights of a holder, or*

*(c) a person not in possession of the instrument who is entitled to enforce the instrument pursuant to SECTION 3309 or SUBDIVISION*

*(d) of SECTION 3418. A person may be a person entitled to enforce the instrument even though the person is not the owner of the instrument or is in wrongful possession of the instrument.*

**Note:** Status of the Deed of Trust;

a. MIRAD FINANCIAL GROUP------- is the Donor of the Deed of Trust; and

b. MERS----is the Beneficiary of the Deed of Trust; and

c. QUANG THAI----Borrower is the Trustor of the Deed of Trust; and

d. Quang Thai, Plaintiff-----is the Grantor, by Plaintiff Signature on the Deed of Trust and Note makes Plaintiff the Grantor as the Appointor, as Grantor through the Powers of Appointment Plaintiff is also Executor, Settlor, and Appointor of the Deed of Trust; and

e. For the ORANGE COAST TITLE COMPANY was the former Trustee there was no Assignment to the new Trustee by the Grantor, Executor of the Deed of Trust, MORTGAGE ELECTRONIC REGISTRATION SYSTOMS, INC. hereinafter MERS was Noninee

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013 All Rights **Reserved** P a g e | 11

R.I.C.O.-COMPLAINT & TRUST

for the Lender MIRAD FINANCIAL GROUP successors and assigns MERS is the Beneficiary, for the Beneficiary has no Authority to substitute to RECONTRUST COMPANY N.A. as Trustee, it should have been done by the Trustee, ORANGE COAST TITLE COMPANY or the Plaintiff Grantor, Executor Plaintiff did not Assign the Authority to MERS for the **Substitution of Trustee is VOID**, and the assignment by the RECONTRUST COMPANY N.A. to MERS as Beneficiary has no Authority to Grants, Assigns, Conveys and Transfers is also VOID no assignment by the Grantor or the Trustee, for the BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, is also is VOID, **Plaintiff Proof of Claim-(See the Attachment and incorporation by this reference as (Exhibits-D Substitution of Trustee and Assignment of Deed of Trust)** for the **Assignment of Deed of Trust,** for the BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP there was no Authority as Assignor, it was never Granted by the Grantor, Executor to U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E TRUST, for the **Assignment of Deed of Trust** is VOID

16.I, Quang Thai, Plaintiff am One of the People of the united States of America and a State Citizen of California, I, am NOT a Fictitious-Entity, I am not Dead, I did not Create the Fictitious-Entities-Name-QUANG

R.I.C.O.-COMPLAINT & TRUST

THAI, I did not Create the UNITED STATES citizen, I, did not Create the Trust under the Fictitious-Name and Trust-Entity QUANG THAI Trust and any derivative thereof in all Cap-Letter-Name, for the UNITED STATES Trust and STATE OF CALIFORNIA Trust and any sub-division thereof are the Creators as **"*Donor(s)"** **of the Trust,** for that Fictitious-Name-in all Cap lettering as a Constructive-Trust and these Trust and Trustees are **\*Responsible** for this Trust under the Fictitious-Name and Trust-Entity QUANG THAI or any Variation thereof in CAP Lettering and are the Trustees for the UNITED STATES as a Trust and the STATE OF CALIFORNIA, COUNTIES, CITIES, and COURTS are Trusts and Public-officers and Employees are Trustees of the Agency for which he or she serves as per **63C Am.Jur.2d Public-officers and Employees § 247 (2)** ; and

17. For each of the Defendants and Defendant-Trustees are operating in Bankruptcy of the United States under the Legal-System with Legal-Tender since June/05/1933 and not under a Lawful-System with Lawful-Money, and under the Bankruptcy of the United States occurred June/05/1933 House Joint Resolution (HJR) for the Discharge of Debt, declared by the President Franklin D. Roosevelt by the Executive Orders; 6073, 6102, 6111, and Executive Order 6260 (See: Senate Report 93-549 pgs. 187 & 594) for the States of the Union then pledged the faith and credit thereof to the aid of the National Government the People are the Credit of the Nation and their Property by HJR-192, **for the Plaintiff Proof of Claim (See the Attachment and incorporation by this reference as (Exhibit-E),** and under the Legal-System there is no Lawful-Money backed by Gold or Silver there is only **Legal-Tender**

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | **13**

R.I.C.O.-COMPLAINT & TRUST

**(hereinafter) Quasi-Money** called Federal Reserve Note or FRNs is a Debt-Note for each of the Defendants Creating a Fictitious-Quasi-Money-Debt and a Quasi-Commerce-System, for the Purpose of Extorting Rights, Propety and Money so they can operate in Bankruptcy, with Fictitious-Quasi-Money and Plaintiff-Signature, for the Creating of the Power and Control over the Plaintiff and the People through the Fraudulent-Fictitious-Trusts QUANG THAI;

18. The above only partially begins to include the historical records and other Acts of Congress that proves the U.S. Bankruptcy of 1933, **for the Plaintiff Proof of Claim-(See the Attachment and incorporation by this reference as (Exhibit-F)** (Congressional Record), and that there is no money/Lawful-Money only Legal-Tender, there is only credit and that American people are the Credit of the Nation which makes them the Creditors and Beneficiaries under the 63C Am.Jur.2d Public Officers and Employees § 247.

# I.  Jurisdiction

19. For the Plaintiff brings this Complaint under the Constitution of the United States of America under the First Amendment; the right of the People Peaceably to Assemble, and to Petition the Government for a redress of Grievances; and

20. Plaintiff claims State and Federal Jurisdiction under California Constitution Art. 1. Sec. 1; and federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution

R.I.C.O.-COMPLAINT & TRUST

21. This action arises under the provisions of the Racketeering Influenced and Corrupt Organizations Act, Title 18 U.S.C. §§ 1961 *et seq.,* and the Declaratory Judgment Act, 28 U.S.C. § 2201. This Court has jurisdiction over the subject matter of this action under Title-28 U.S.C. § 1331 (federal question) and Title-18 U.S.C. § 1964(a) and (c); and

22. For the Title-18 U.S.C. § 1964(a) and (c)(a). The district courts of the United States shall have jurisdiction to prevent and restrain violations of section 1962 of this chapter by issuing orders including, but not limited to: ordering any person to divest himself of any interest, direct or indirect, in any enterprise imposing reasonable restrictions on the future activities or investments of any person including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the enterprise engaged in, the activities of which affect interstate or foreign commerce or ordering dissolution or reorganization of any enterprise, making due provisions for the rights of innocent persons.

(C) Any person injured in his business or property by reason of a violation of section <u>1962</u> of this chapter may sue therefore in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including reasonable attorney's fees.

23. Title-28 U.S.C. §§ 1343, which provides for a ***federal court forum*** in which citizens may seek regress from the deprivation of rights, privileges, and immunities under color of state law.

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | **15**

R.I.C.O.-COMPLAINT & TRUST

24. Title-28 U.S.C. § 1331, the general federal question statute. Title-28 U.S.C. § 2201 and § 2202, the federal declaratory relief and injunctive relief statutes, to declare the rights of the parties.

Title-28 U.S.C. § 1332 (a)(1), diversity of jurisdiction of citizens of different states and the amount of controversy exceeds $75,000.00.

25. This Court may exercise supplemental jurisdiction pursuant to Title-28 U.S.C. § 1367(a) over Plaintiff's state claim for violations of California Government Code §§ 1454, 1460, §1771(i) and Article 1 § 6 of the California Constitution as these claims are so related to the Plaintiffs' claims in the action within the original federal question jurisdiction that it for HSBC-Trust part of the same case or controversy under Article III of the United States Constitution.

26. The Constitution for the United States of America, the First Amendment to the United States Constitution, all of the above statutes but not limited thereto.

27. For this Complaint-action arises under Title 42 USC § 1986 For the Knowledge of the law and for not Stopping and correcting of a wrong or preventing of the Wrong by each of the Defendant and Defendant-Trustees for the Constitutional Violations and Causing an Injury to the Plaintiff, under the Title 42 USC §1983 for violations of certain protections guaranteed to the Plaintiff as One of the People by the Amendments of the Federal Constitution, by the Defendants and Defendant-Trustees under the color of law under the 14Th Amendment for the **\*Equal Protection of the Law** in each Defendants-Trustees capacity as a Public-officer and Trustees,

R.I.C.O.-COMPLAINT & TRUST

for the People, as per **63C Am.Jur.2d, Public officers and Employees, §247.**

# **II. Venue**

28. Venue of this Court is proper pursuant to Title 28 U.S.C. § 1391(a)(2), (b)(2), because the subject Real-Property is located in LOS ANGELES, California and is based upon the wrongful acts and harm inflicted against the Plaintiff by all Defendants and Defendant-Trustees complained of herein while Defendants where acting as Agents or Assigns of the Banking and/or Lending Institutions within the State of California.

29. For the **Venue** is proper pursuant to Title-28 U.S.C. § 1331 and Title-28 U.S.C. § 1343.  For the majority of the Defendants that resides in the COUNTY OF LOS ANGELES are SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, Case-No. 17P02348 and Case-No. 17P02382, Judge-Annabelle G. Cortez, Judge Pro Temp A. Dinah Trenk, for the U.S. BANK N.S. SERIES 2005-E National Association through the Attorney Eric G. Fernandez of Yolo County, California, NATIONSTAR MORTGAGE a Delaware Corp doing Business in the State of California and MIRAD FINANCIAL GROUP;  is a California State Corporation doing Business in California all Defendants are doing business in the STATE OF CALIFORNIA Trust and are Public-officers of the U.S.T. and/or STATE OF CALIFORNIA Trust; and

30. For this Venue is Proper under **Title-18 U.S. Code § 1965 - Venue and process; (a)** Any civil action or proceeding under this chapter against any

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 17

R.I.C.O.-COMPLAINT & TRUST

person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs.

(b) In any action under section 1964 of this chapter in any district court of the United States in which it is shown that the ends of justice require that other parties residing in any other district be brought before the court, the court may cause such parties to be summoned, and process for that purpose may be served in any judicial district of the United States by the marshal thereof.

(c) In any civil or criminal action or proceeding instituted by the United States under this chapter in the district court of the United States for any judicial district, subpoenas issued by such court to compel the attendance of witnesses may be served in any other judicial district, except that in any civil action or proceeding no such subpoena shall be issued for service upon any individual who resides in another district at a place more than one hundred miles from the place at which such court is held without approval given by a judge of such court upon a showing of good cause.

(d) All other process in any action or proceeding under this chapter may be served on any person in any judicial district in which such person resides, is found, has an agent, or transacts his affairs.

31. For the Plaintiff is and at all times relevant has been residents of the COUNTY OF LOS ANGELES, State of California and Plaintiff is the Holder in due course and Creditor under the Private Contract Deed of Trust and Promissory-Note of the Quang Thai and Lien Holder and Due course of

the Real-Property commonly known as: **304 and 3041/2 E Angeleno Ave, San Gaberial, California [91776]**

**of the APN: 5368-008-019**

**Legally described as follows: Lot-22 in Block-11 in the City of San Gaberial, County of Los Angeles, State of California in Book-16, Pages-31 and 32 of the Miscellaneous Records in the Office of the Los Angeles County Recorders of the State of California;**

**(hereinafter "Subject Real-Property")**

## STATEMENT ABOUT THE DEFENDANTS

32. For the United States/UNITED STATES is a Trust and State of California/STATE OF CALIFORNIA is a Trust and all County's/COUNTY'S, Cities/CITIES, Court's/COURT'S all Agencies are also a Trust and the Elected-Officials, Public-Officers and Employees are the Trustees of the People First, and Secondly are Trustee of the Agencies, for which he or she Serves as per **63C Am.Jur.2d Public-Officers and Employees §247,** 192 **(See the Attachment and incorporation by this reference as** these agencies are De Facto-Quasi-Agencies operating in Bankruptcy since June/05/1933 with Quasi-Legal-Tender; and

33. For the Plaintiff will show the Fraud by these Defendants by the Creation of the Quasi-Contracts a Quasi-Deed of Trust "Ultra Vires", all for the Quasi-Legal-Tender as Money Plaintiff will show the Conspiracy between the Quasi-Agencies of the State of California/STATE OF CALIFORNIA and the Banking Institutions; and

## III. Parties

R.I.C.O.-COMPLAINT & TRUST

34.For the Plaintiff-Quang Thai is One of the People of the united States of America and is Creditor of the United States Bankruptcy of June/05/1933 and Plaintiff place of Business is in LOS ANGELES of the Mailing Address; C/o 304 and 3041/2 E Angeleno Ave, San Gaberial, California [91776] Phone-Cell-626-238-2622, Email-vlc1628@gmail.com

# **Defendants**

35.For this Defendant-MIRAD FINANCIAL GROUP hereinafter Defendant-MFG, is and was at all times mentioned in this complaint is an Entity is doing Quasi-Business, with Quasi-Legal-Tender in State of California for this-Defendant-MFG with an address of **16885 W Benardo Dr. San Diego, Ca 92127-1665**, for this Defendant-MFG was never Licensed to do Business in California as per the Deed of Trust-Doc-No.2005-0782006 stating it is a California Corporation, with the same Address stated above, as per this date December/23/2017 it is still not registered with the Secretary of State of California to do Business in California, **with no Registered Agent in California, for the Plaintiff Proof of Claim (See the Attachment and incorporation by this reference as (Exhibit-Secretary of State of California)** is being sued in his/her/it's (check one or both): ☐ individual capacity ☒ official capacity  is acting under color of law because:  For the Defendant(s) and Defendant-Trustees are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights Reserved   P a g e | 20

R.I.C.O.-COMPLAINT & TRUST

the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, For this Defendant-MFG, committed Fraud against Plaintiff, On March/21/2005 I, Quang Thai, Plaintiff in this matter entered in to a Contract with MIRAD FINANCIAL GROUP at that time a alleged-Loan, in the amount of $480,000.00 plus interest Defendant-MFG, issued a Deed of Trust and a Promissory Note in the Amount of $480,000.00 in which Plaintiff Signed both Instruments and the Deed of Trust was issued showing that I, the Plaintiff owes that so alleged-money back to the so called Lender Defendant-MFG, and Plaintiff as Borrower of the Funds, **(for the Attachment and incorporation by this reference as (Exhibit-A) Deed of Trust) and Exhibit-B)Promissory-Note)** when Plaintiff issued the Promissory Note the subject Real Property should have been Discharged under HJR-192 of June/05/1933, Public policy 73-10 and U.C.C.3-310 there is No Money! When Defendant-MFG, Created the Deed of Trust Defendant-MFG, Created a Fraudulent-Debt in the Amount of $480,000.00 U.S. Dollars by Defendant-MFG, accepting a Promissory-Note in the Full Satisfaction of the alleged-Debt the Subject Real-Property was Paid in Full and Defendant-MFG, Accepted the Promissory-Note by the Plaintiff for the Full-Satisfaction of the Loan, under U.C.C,-3-311(a)(1)(2)(3)(b). (Paragraph-12 & 14) knew the Deed of Trust was Fraud, and everything after March/21/2005 is **Void** everything done by the Defendant(s) and Defendant-Trustees are **VOID** all Recordings in the Los Angeles County Recorder's Office is **VOID** and the Un-Lawful-Detainer filed in the SUPREME COURT OF CALIFORNIA, COUNTY OF LOS ANGELES PASADENA, Cases-No.17P02348 and Case-No.17P02382 are **VOID** and the Taking and selling Plaintiff Subject-

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | 21

R.I.C.O.-COMPLAINT & TRUST

Real-Property is VOID and Defendant-MFG, is responsible for all the havoc that has Created since March/21/2005 of the Deed of Trust, on Plaintiff Real-Property, for the Defendant-MFG, has committed fraud against Plaintiff for the Plaintiff was harmed/injured by the Violation of Due-Process of the 5Th Amendment Plaintiff believes for the Plaintiff was harmed/injured by the Denial of the U.S. Constitutional Rights under the Equal Protection of the law and Due-Process of the Law under the 14Th Amendment, by the Actions of the Defendant-MFG, caused the Defendant's and Defendant-Trustees of this Complaint committee a Fraud and Constitutional Violations of the Plaintiff as follows; and

36. For the Defendant-SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, Case-No. 17P02348 and Case-No.17P02382, (Note: Unlawful Detainer's, Limited-Jurisdiction) hereinafter ("Defendant-COURT-Case-No.17P02348 and 17P02382") is and was at all times mentioned in this complaint is an Entity Created by Defendant-Trustees and is doing Quasi-Business, with Quasi-Legal-Tender in State of California with an address of **300 East Walnut Street-Rm-116, Pasadena, CA 91101,** for this Defendant-COURT-Case-No.17P02348 and 17P02382, is being sued in his/her/it's (check one or both): ☐ individual capacity ☒ official capacity is acting under color of law because: For the Defendant(s) and Defendant-Trustees are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved** P a g e | 22

R.I.C.O.-COMPLAINT & TRUST

be committed, shall be liable to the party injured, For the Following Defendant's Conducting a Fraudulent-Court Case, (Unlawful Detainers), **as their Venue** in an Admiralty Maritime Jurisdiction with a Gold Fringe Flag with a Spear atop of Pole with a California Corporate Seal behind the Bench, by these Defendant's Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E, Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR MORTGAGE, LLC. are trying to remove Plaintiff off the Real-Property and Taking of the Subject Real-Property under Fraud when each of these Defendants have no Claim, for these Defendants Fail by stating of a Claim F.R.C.P. Rule 12(b)(6) because of Defendant-MFG, actions in (Par-12 &14) Defendants Actions are Void, for the Plaintiff is harmed and injured by the denial of the right for a Common Law Court of Record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and **shall be Preserved**, for the Plaintiff is harmed and injured by the denial of the Due Process under the 5Th Amendment "Nor be deprived of Life, Liberty, or **Property** without Due-Process of Law; this is a Violation of Due-Process of the Law" for the Cause of Action Lack of Due-Process or NO DUE PROCESS, = "Obstruction of Justice" = Title 18 Chapter 63 USC 1512 and "Perjury of Oath" = Title-18 USC 1621 and "Deprivation of Rights" = Title-18 USC 242, for the Plaintiff is harmed and injured by the denial of the U.S. Constitutional Rights under the Equal Protection of the law and Due-Process of the Law under the 14Th Amendment, on June/19/2017 and June/20/2017through present time December/26/2017, Plaintiff was in Court Multiple Times with Both cases in the SUPERIOR COURS OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e | 23

R.I.C.O.-COMPLAINT & TRUST

COURTHOUSE, for the Plaintiff is harmed and injured by the Defendant-COURT-Case-No.17P02348 and 17P02382 for the Creation of a Fictitious-Case under the Fictitious-Name-QUANG THAI   Extortion of Rights, Money and Property by deception, by the Defendant-Trustees jointly Conspiring against Plaintiff By the Defendant's Defendant-U.S. BANK N.S. SERIES 2005-E   Defendant-MFG, Defendant-NATIONSTAR Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, **for the Plaintiff proof of Claim (See the Attachment and incorporation by this reference as (Exhibit-H & I) Complaint in Unlawful-Detainer)** in the NOM DE GUERRE Fictitious-Name and Fictitious Quasi-Entity Dead Title F.R.C.P. Rule-10(a) Name of Party (Note Plaintiff is Not dead) Called QUANG THAI a Trust and under and with this Defendant-COURT-Case-No.17P02348 and 17P02382 for the 18 USC § 1342 - Fictitious name or address and Title-18 USC § 1341- Frauds and Swindles; and

37. For the Defendant-U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E hereinafter Defendant-U.S. BANK N.S. SERIES 2005-E is and was at all times mentioned in this complaint is an Entity Created by Defendant-Trustees and is doing Quasi-Business, with Quasi-Legal-Tender in State of California with no Legal Grounds to do Business in California, No Business-License, Location-**80 S. 8th St. Ste. 224 Minneapolis, MN 55402, TFLG A LAW CORPORATION 202 Cousteau Place-Suite-290, Davis, CA 95618,** for this Defendant-U.S. BANK N.S. SERIES 2005-E  is being sued in his/her/it's (check one or both): ☐ individual capacity/☒

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 24

R.I.C.O.-COMPLAINT & TRUST

official capacity is acting under color of law because: For the Defendant(s) and Defendant-Trustees are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, For this Defendant-U.S. BANK N.S. SERIES 2005-E is of the Knowledge of the Banking-Laws of the United States, For this Defendant-U.S. BANK N.S. SERIES 2005-E is of the Knowledge of the Law under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong or preventing of the Wrong by each of the Court-Officers, and Defendant's and Defendant-Trustees for the Constitutional Violations. Starting on July/01/2013 this Defendant-U.S. BANK N.S. SERIES 2005-E conducting a Monthly-Billing Process through Defendant-NATIONSTAR for the collection of Payments by the Plaintiff Monthly Statements under the Fictitious-Name QUANG THAI a fictitious-Name collecting on a Fraudulent-Debt in the Amount of $2,527.94per month for Defendant-U.S. BANK N.S. SERIES 2005-E and when Plaintiff refused by not making of the Monthly Payments **for the Plaintiff proof of Claim (See the Attachment and incorporation by this reference as (Exhibit-J)** and On May/23/2016, this Defendant-U.S. BANK N.S. SERIES 2005-E and Defendant-NATIONSTAR Conspired and conducted a Fraudulent-Non-Judicial Foreclosure by the recording Fraudulent-Recordings in the Los Angeles County Recorder's Office as Follows; TRUSTEE'S DEED UPON SALE, for the Defendant-U.S. BANK N.S. SERIES 2005-E when Plaintiff's Property was already Pre-Paid March/21/2005 by the Promissory-Note Plaintiff-issued under U.C.C.-3-310(a) as in (Par-12 & 14) and under this

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | 25

R.I.C.O.-COMPLAINT & TRUST

Non-Judicial-Foreclosure Plaintiff-lost-Real-Property was taken under Fraud that was already Pre-Paid on March/21/2005. By the Defendant-U.S. BANK N.S. SERIES 2005-E Non-Judicial-Foreclosure, Plaintiff was denied the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and **shall be preserved**, Plaintiff was denied Due Process under the 5Th Amendment "Nor be deprived of Life, Liberty, or **Property** without Due-Process of Law;" for the Cause of Action, Lack of DUE PROCESS, = "Obstruction of Justice" = Title 18 Chapter 63 USC § 1512 and "Perjury of Oath" = Title-18 USC § 1621 and "Deprivation of Rights" = Title-18 USC § 242, Plaintiff was Denied U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-NATIONSTAR  is being sued for the Extortion of Rights, Money and Property, for these Defendant-NATIONSTAR , and Defendant-U.S. BANK N.S. SERIES 2005-E  under the Defendant-COURT-Case-No.17P02348 and 17P02382 Plaintiff was injured by the induced-wrongful use of actual of Threatened force or fear or under color of official Right on June/19/2017 and June/20/2017 by the Filing of a Fraudulent Un-Lawful-Detainer-Defendant-COURT-Cases-No.17P02348 and 17P02382 for the Title-18 USC § 872  for the Extortion of Rights, Money and Property, Violation of the Constitution 4Th, 5Th, 7Th, 14Th Amendments by this Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E, Defendant-COURT-Case-No.17P02348, Defendant-Trustee-Cortez, Defendant-Trustee-Trenk,  and  Defendant-Trustee-Fernandez, Defendant-NATIONSTAR MORTGAGE, LLC.

38.   For the Defendant-Trustee-Annabelle G. Cortez, is an SUPERIOR COURT JUDGE an officer of the Court hereinafter Defendant-Trustee-Cortez, is a Trustee of the SUPERIOR COURT OF CALIFORNIA

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 26

R.I.C.O.-COMPLAINT & TRUST

COUNTY OF LOS ANGELES PASADENA COURTHOUSE, and Trustee of the People, for this Defendant-Trustee-Cortez is doing Quasi-Commerce-Business under the Admiralty Maritime Jurisdiction under the Defendant-COURT-Case-No.17P02382, has Business Location **300 East Walnut Street-Rm-116, Pasadena, CA 91101,** This Defendant is being sued in its (check one or both): ☐ individual capacity ☒ official capacity is acting under color of law because: For the Defendant(s) and Defendant-Trustees are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not Stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, For this Defendant-Trustee-Cortez is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people, by each of the Court-Officers, Defendant and Defendant-Trustees for the Constitutional Violations On these dates June/20/2017 through present time December/26/2017, Plaintiff was in Court Multiple Times this Defendant-Trustee-Cortez conducting Court under the Fictitious-Name QUANG THAI a Fictitious-Name **(See the Attachment and incorporation by this reference as (Exhibit-H & I) Unlawful-Detainer-Complaint)**Page-2 Par-4 trespassing on Plaintiff Tenants, On October/02/2017 under the Admiralty Maritime Jurisdiction with a Corporate seal behind the Bench, this Defendant-Trustee-Cortez, for the Plaintiff is harmed and injured by the denial of the Plaintiff of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and **shall**

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**  P a g e | 27

R.I.C.O.-COMPLAINT & TRUST

**be preserved**, for the Plaintiff is harmed and injured by the denial of the Due Process under the 5Th Amendment "Nor be deprived of Life, Liberty, or **Property** without Due-Process of Law; for the Cause of Action, Lack of DUE PROCESS, = "Obstruction of Justice" = Title 18 Chapter 63 USC § 1512 and "Perjury of Oath" = Title-18 USC § 1621 and "Deprivation of Rights" = Title-18 USC § 242, for the Plaintiff is harmed and injured by the denial of the U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-Cortez is being sued for the Extortion of Rights, Perjury of Oath of Office, and Treason, by the Defendant's Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant's took "Perjury of Oath" Defendant-Trustee-Cortez, and Defendant-COURT-Case-No.17P02348, for the Plaintiff is harmed and injured by the wrongful use of actual of Threatened force or fear or under color of official Right on June/19/2017 by the Filing of a Fraudulent Un-Lawful-Detainer-Defendant-COURT-Case-No.17P02348 for the Title-18 USC § 872  for the Extortion of Rights of the  Constitution 4Th, 5Th,7Th, 14Th Amendments by these Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E, Defendant-COURT-Case-No.17P02348,    Defendant-Trustee-Cortez,    Defendant-Trustee-Trenk,    and    Defendant-Trustee-Fernandez,    Defendant-NATIONSTAR MORTGAGE, LLC.

39.    For the Defendant-Trustee-A. Dinah Trenk, is an Judge Pro Temp an officer of the Court hereinafter Defendant-Trustee-Trenk, is a Trustee of the SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE,   and Trustee of the People, for this Defendant-Trustee-Trenk is doing Quasi-Commerce-Business under the

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**  P a g e  | **28**

R.I.C.O.-COMPLAINT & TRUST

Admiralty Maritime Jurisdiction under the Defendant-COURT-Case-No.17P02348, has Business Location: **300 East Walnut Street-Rm-116, Pasadena, CA 91101,** This Defendant is being sued in its (check one or both): ☐ individual capacity ☒official capacity  is acting under color of law because: For the Defendant(s) and Defendant-Trustees are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, For this Defendant-Trustee-Trenk is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. For the Constitutional Violations. On June/20/2017 through present time December/26/2017, this Defendant-Trustee-Trenk conducting Court under the Fictitious-Name QUANG THAI a fictitious-Name **for the Plaintiff proof of Claim (See the Attachment and incorporation by this reference as (Exhibit-H) Page-2 Par-4** and On June/20/2017 through present time December/2017, Plaintiff was in Court Multible-Times under the Admiralty Maritime Jurisdiction, this Defendant-Trustee-Trenk for the Plaintiff is harmed and injured by the denial of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and **shall be preserved,** for the Plaintiff is harmed and injured by the denial of the Due Process under the 5Th Amendment "Nor be deprived of Life, Liberty, or **Property** without Due-Process of Law;" without the Due-Process of the Law" is the Cause of Action, Lack of DUE PROCESS, = "Obstruction of

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 29

R.I.C.O.-COMPLAINT & TRUST

Justice" = Title 18 Chapter 63 USC § 1512 and "Perjury of Oath" = Title-18 USC § 1621 and "Deprivation of Rights" = Title-18 USC § 242, for the Plaintiff is harmed and injured by the denial of the U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-Trenk is being sued for the Extortion of Rights, Perjury of Oath as an Office, and Constructive-Treason, by the Defendant's Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant's took "Perjury of Oath" Defendant-Trustee-Trenk, under the Defendant-COURT-Case-No.17P02348, for the Plaintiff is harmed and injured by the wrongful use of actual of Threatened force or fear or under color of official Right by the Court-Officers Defendant-Trustees on June/19/2017 by the Filing of a Fraudulent Un-Lawful-Detainer-Defendant-COURT-Case-No.17P02348 for the Title-18 USC § 872 for the Extortion of Rights, money and Real-Property of the Constitution 4Th, 5Th, 7Th, 14Th Amendments by this Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E, Defendant-COURT-Case-No.17P02348, Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR MORTGAGE, LLC.

40.  For the Defendant-Trustee-Eric G. Fernandez, is an Private Attorney an officer of the Court hereinafter Defendant-Trustee-Fernandez, is a Trustee of the SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES PASADENA COURTHOUSE, and Trustee of the People, for this Defendant-Trustee-Fernandez is doing Quasi-Commerce-Business under the Admiralty Maritime Jurisdiction under the Defendant-COURT-Case-No.17P02348 and 17P02382, has Business Location **TFLG A LAW**

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights Reserved   P a g e | 30

R.I.C.O.-COMPLAINT & TRUST

**CORPORATION 202 Cousteau Place-Suite-290, Davis, CA 95618**, This Defendant is being sued in its (check one or both): ☐ individual capacity ☒ official capacity is acting under color of law because: For the Defendant(s) and Defendant-Trustees are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, For this Defendant-Trustee-Fernandez is of the Oath of Allegiance for the State of California Constitution and Constitution of the United States, and this Oath of Allegiance is also a Contract for the people. for the Constitutional Violations as Follows; On June/19/2017 and June/20/2017 through December/26/2017 this Defendant-Trustee-Fernandez conducting Court under the Fictitious-Name QUANG THAI a fictitious-Name **(See the Attachment and incorporation by this reference as (Exhibit-I)** and On June/20/2017 through December/26/2017 Multible Times Plaintiff is harmed and injured under the Admiralty Maritime Jurisdiction, this Defendant-Trustee-Fernandez, for the Plaintiff is harmed and injured by the denial of the Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and **shall be preserved,** for the Plaintiff is harmed and injured by the denial of the Due Process under the 5Th Amendment "Nor be deprived of Life, Liberty, or **Property** without Due-Process of Law;" is the Cause of Action, Lack of DUE PROCESS, = "Obstruction of Justice" = Title 18 Chapter 63 USC § 1512 and "Perjury of Oath" = Title-18 USC § 1621 and "Deprivation of Rights" = Title-18 USC § 242, for the Plaintiff is harmed and injured by the

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 31

R.I.C.O.-COMPLAINT & TRUST

denial of the U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-Trustee-Trenk is being sued for the Extortion of Rights, Perjury of Oath as an Office, and Constructive-Treason, by the Defendant's Violating and denying Plaintiff of the Contract Oath and Affirmation that Defendant's took "Perjury of Oath" Defendant-Trustee-Trenk, under the Defendant-COURT-Case-No.17P02348 and 17P02382, for the Plaintiff is harmed and injured by the wrongful use of actual of Threatened force or fear or under color of official Right by the Court-Officers Defendant-Trustees on June/19/2017 and June/20/2017by the Filing of a Fraudulent Un-Lawful-Detainer-Defendant-COURT-Case-No.17P02348 and 17P02382 for the Title-18 USC § 872 for the Extortion of Rights, money and Subject-Real-Property of the Constitution 4Th, 5Th, 7Th, 14Th Amendments by these Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E, Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR MORTGAGE, LLC.

41. For the Defendant-NATIONSTAR MORTGAGE, LLC., is an Servicing-Mortgage Company for Defendant-U.S. BANK N.S. SERIES 2005-E as a Third-Party Debt Collector hereinafter Defendant-NATIONSTAR , for this Defendant-NATIONSTAR is doing Quasi-Commerce-Business with Quasi-Money, in the State of California under a Business License-No.200109410005, Defendant-NATIONSTAR, has Business Location **8950 Cypress Water Blvd, Dallas, TX 75019**, This Defendant is being sued in its (check one or both): ☐ individual capacity ☒ official capacity is acting under color of law because: For this Defendant-

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | **32**

R.I.C.O.-COMPLAINT & TRUST

NATIONSTAR is of the Knowledge of the Banking-Laws of the United States, For this Defendant-NATIONSTAR is of the Knowledge of the Law under Title 42 USC § 1986 for the Knowledge of the law and for not Stopping and correcting of a wrong or preventing of the Wrong by each of the Court-Officers, and Defendant's and Defendant-Trustees for the Constitutional Violations. Starting on July/01/2010 this Defendant-NATIONSTAR conducting a Monthly-Billing Process for the collection of Payments by the Plaintiff Monthly Statements under the Fictitious-Name QUANG THAI a fictitious-Name collecting on a Fraudulent-Debt in the Amount of $2,527.94 per month for Defendant-U.S. BANK N.S. SERIES 2005-E and when Plaintiff refused by not making of the Monthly Payments **Plaintiff Proof of Claim (See the Attachment and incorporation by this reference as (Exhibit-J) NATIONSTAR Billing)** and On June/26/2016, this Defendant-NATIONSTAR conducted a Fraudulent-Non-Judicial Foreclosure by the recording Fraudulent-Recordings in the Los Angeles County Recorder's Office as Follows; SUBSTATION OF TRUSTEE, NOTICE OF DEFAULT, TRUSTEE'S DEED UPON SALE, for the Defendant-U.S. BANK N.S. SERIES 2005-E when Plaintiff's Property was already Pre-Paid March/21/2005 by the Promissory-Note Plaintiff-issued under U.C.C.-3-311(a)(1)(2)(3)(b) as in (Par-12 & 14) and under this Non-Judicial Foreclosure Plaintiff-lost-Real-Property that was already Paid, by the Defendant-NATIONSTAR Non-Judicial-Foreclosure, for the Plaintiff is harmed and injured by the denial of the right for a Common Law Court of Record, Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and **shall be preserved,** for the Plaintiff is harmed and injured by the denial of the Due Process under the 5Th Amendment "Nor be deprived of Life, Liberty, or **Property** without Due-Process of Law;" for the Cause of

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**   P a g e | 33

R.I.C.O.-COMPLAINT & TRUST

Action, Lack of DUE PROCESS, = "Obstruction of Justice" = Title 18 Chapter 63 USC § 1512 and "Perjury of Oath" = Title-18 USC § 1621 and "Deprivation of Rights" = Title-18 USC § 242, for the Plaintiff is harmed and injured by the denial of the U.S. Constitutional Rights under the Equal Protection of the Law and Due-Process of the Law under the 14Th Amendment, for this Defendant-NATIONSTAR  is being sued for the Extortion of Rights, Money and Property, for these Defendant-NATIONSTAR , and Defendant-U.S. BANK N.S. SERIES 2005-E  under the Defendant-COURT-Case-No.17P02348 and 17P02382 for the Plaintiff is harmed and injured by the wrongful use of actual of Threatened force or fear or under color of official Right on June/19/2017 and June/20/2017 by the Filing of a Fraudulent Un-Lawful-Detainer-Defendant-COURT-Case-No.17P02348 and 17P02382 for the Title-18 USC § 872  for the Extortion of Rights, Money and Property, Violation of the  Constitution 4Th, 5Th, 7Th, 14Th Amendments by these Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E, Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk,  and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR MORTGAGE, LLC.; and

## IV. STATEMENT OF FACTS

42.    Plaintiff re-alleges and *incorporates by reference all of the paragraphs above 1 through-41

43.    That the United States Bankruptcy of June/05/1933 declared by the President Franklin D. Roosevelt by the Executive Orders; 6073, 6102, 6111, and Executive Order 6260 (See: Senate Report 93-549 pgs. 187 & 594) and in this Bankruptcy there is on Lawful-Money that is Backed with Gold or Silver or any other Precious Metals, for the People are the Credit of the Nation and their Property which makes the People of the

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights Reserved    P a g e  | 34

R.I.C.O.-COMPLAINT & TRUST

United States are the Creditors by their signatures. On March/21/2005 I, Quang Thai, Plaintiff in this matter entered into a Contract with MIRAD FINANCIAL GROUP at that time alleged-Loan, in the amount of $480,000.00 plus interest MIRAD FINANCIAL GROUP issued a Deed of Trust and a Promissory Note in the Amount of $480,000.00 in which Plaintiff Signed both Instruments and the Deed of Trust was issued showing that Plaintiff owes that alleged debt money back to the alleged Lender MIRAD FINANCIAL GROUP,and Plaintiff as Borrower **(for the Attachment and incorporation by this reference as (Exhibit-A)Deed of Trust) and Exhibit-B)Promissory-Note)** then Plaintiff discovered the Fraud by MIRAD FINANCIAL GROUP and that is when Plaintiff, issued the Promissory Note the subject Real Property should have been Discharged under HJR-192 of June/05/1933 and U.C.C.3-311 there is No Money! When MIRAD FINANCIAL GROUP Created the Deed of Trust MIRAD FINANCIAL GROUP Created a Fraudulent-Debt in the Amount of $480,000.00U.S. Dollars by MIRAD FINANCIAL GROUP accepting a Promissory-Note in the Full Satisfaction of the Debt the Subject Real-Property was Paid in Full-Satisfaction and MIRAD FINANCIAL GROUP Accepted the Promissory-Note as in Full-satisfaction of the Loan, under U.C.C,- 3-311, everything after the date of March/21/2005 on Plaintiff Property is Void.

44. For the Plaintiff states; For this Complaint is not about Failure to make Payment it's about Fraud, of the Bankruptcy of the United States declared by the President Franklin D. Roosevelt by the Executive Orders; 6073, 6102, 6111, and Executive Order 6260 (See: Senate Report 93-549 pgs. 187 & 594) which made the People are the Credit of the Nation, when

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**  P a g e  | 35

R.I.C.O.-COMPLAINT & TRUST

Plaintiff Issued a Promissory-Note with a wet ink Signature the Plaintiff Subject-Real-Property was Paid in Full-Satisfaction U.C.C.-3-310

45.  "In the federal courts, it is well established that a national bank has not power to lend its credit to another by becoming surety, endorser, or guarantor for him." *FI&Lmers and Miners Bank v. Bluefield Nat'l Bank,* 11 F.2d 83, 271 U.S. 669.

46.  "A national bank has no power to lend its credit to any person or corporation." *Bowen v. Needles Nat. Bank,* 94 F. 925; 36 CCA 553, certiorari denied In 20 S.Ct. 1024, 176 US 682, 44 L.Ed 637.

47.  For the Defendant-MFG and false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." *Barnsdall Refining Corp. v. Bimarn Wood Oil Co.,* 92 F.2d S17.

48.  "Any conduct capable of being turned into a statement of fact is representation. There is no distinction between misrepresentations effected by words and misrepresentations effected by other acts." *Leonard v. Springer,* 197 Ill 532, 64 NE 301.

49.  "It is not necessary for recision of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations even

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | 36

R.I.C.O.-COMPLAINT & TRUST

innocently to retain the fruits of a bargain induced by such representations." *Whipp v. Iverson,* 43 Wis.2d 166.

50. SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES, POMONA COURTHOUSE SOUTH, Defendant-COURT-Case-No. 17UR0160 for this Case is a Limited Jurisdiction denying the people and plaintiff a Common Law Court of record F.R.C.P. Rule-38 (a) Denying Due process, **(See (for the Attachment and incorporation by this reference as (Exhibit-H & I)-Un-Lawful Detainers Complaint)** With Fraud and Swindles; and

## V. FOR THE CLAIMS

## For the Claim-#1

51. Plaintiff re-alleges and incorporates by reference all of the paragraphs above.

1 through-50

52. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-1:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | 37

R.I.C.O.-COMPLAINT & TRUST

COURT-Case-No.17P02348 and 17P02382 until present, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-42 USC § 1985 (2)- Conspiracy to interfere with civil rights (2) Obstructing justice**; and **Title-42 USC § 1985 (2)- Conspiracy to interfere with civil rights (2) Obstructing justice;** if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

53. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

54. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-42 USC § 1986.

## For the Claim-#2

55. Plaintiff re-alleges and incorporates by reference all of the paragraphs above.

1 through-54

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | **38**

R.I.C.O.-COMPLAINT & TRUST

56. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-2:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title 42 USC § 1985(3)** or to injure any citizen in person or property on account of such support or advocacy;

57. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title 42 USC § 1985(3)** or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | 39

R.I.C.O.-COMPLAINT & TRUST

58. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

59. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 42 USC § 1985(3).

## For the Claim-#3

60. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-59

61. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-3:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present, For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights Reserved   P a g e | 40

R.I.C.O.-COMPLAINT & TRUST

(a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title 42 USC § 1983;** Civil action for deprivation of rights:

62. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title 42 USC § 1983;** Civil action for deprivation of rights: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights **Reserved**    P a g e  | 41

R.I.C.O.-COMPLAINT & TRUST

63. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk,    and    Defendant-Trustee-Fernandez,    Defendant-NATIONSTAR and

64. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 42 USC § 1983; and

## For the Claim-#4

65. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1- through-64

66. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-4:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | **42**

R.I.C.O.-COMPLAINT & TRUST

(a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 USC § 2381** – Treason

67. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 USC § 2381** – Treason; Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

68. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

69. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendant-Trustees, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2381; and

## For the Claim-#5

70. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1- through-69

71. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013 All Rights **Reserved** P a g e | 43

R.I.C.O.-COMPLAINT & TRUST

__AS TO CLAIM-5:__ For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the Title-18 U.S. Code § 2382 - **Misprision of Treason;**

72. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the Title-18 U.S. Code § 2382 - Misprision of Treason; Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

73. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e | 44

Trustee-Trenk,    and    Defendant-Trustee-Fernandez,    Defendant-NATIONSTAR and

74. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2382; and

## For the Claim-#6

75. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1- through-74

76. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

AS TO CLAIM-6: For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the Title-18 U.S. Code § 2383 - Rebellion or insurrection;

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights Reserved    P a g e | 45

R.I.C.O.-COMPLAINT & TRUST

77. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 U.S. Code § 2383 - Rebellion or insurrection;** Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

78. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk,  and  Defendant-Trustee-Fernandez,  Defendant-NATIONSTAR and

79. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2383;

## For the Claim-#7

80. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1- through-79

81. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-7:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights **Reserved**   P a g e  | 46

R.I.C.O.-COMPLAINT & TRUST

Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the Title-**18 U.S. Code § 2384 - Seditious conspiracy;**

82. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the Title-**18 U.S. Code § 2384 - Seditious conspiracy;** If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

83. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights **Reserved**   P a g e  | 47

R.I.C.O.-COMPLAINT & TRUST

Trustee-Trenk,   and   Defendant-Trustee-Fernandez,   Defendant-NATIONSTAR and

84. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 2384; and

## For the Claim-#8

85. Plaintiff re-alleges and incorporates by reference all of the paragraphs above 1-through-84

86. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-8:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017 through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the (**Title-18 U.S. Code § 1961 –**

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | 48

R.I.C.O.-COMPLAINT & TRUST

**Definitions-(1) for the Violation of the Title-18 U.S. Code § 1962 - Prohibited activities;**

87. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the (**Title-18 U.S. Code § 1961 – Definitions-(1) for the Violation of the Title-18 U.S. Code § 1962 - Prohibited activities;** (a) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the securities of the issuer held by the purchaser, the members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount in the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.

(b) It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | 49

R.I.C.O.-COMPLAINT & TRUST

(c) It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt.

(d) It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section; ( See Schedule    ) for the **Title-18 U.S. Code § 1963 - Criminal penalties; and for the Title-18 U.S. Code § 1964 Civil- Remedies**

88. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk,    and    Defendant-Trustee-Fernandez,    Defendant-NATIONSTAR  and

**89.**    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 1963 and Title-18 USC § 1964; and

## For the Claim-#9

90. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-89

91. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013     All Rights **Reserved**   P a g e  | 50

R.I.C.O.-COMPLAINT & TRUST

**AS TO CLAIM-9:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title 18** › **Part I** › **Chapter 79** › **§ 1621** (Perjury)

92. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title 18** › **Part I** › **Chapter 79** › **§ 1621** (Perjury) Whoever—

(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code,

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | **51**

willfully subscribes as true any material matter which he does not believe to be true;

is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

93.    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

94.    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai, is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 › Part I › Chapter 79 › § 1621 (Perjury); and

## For the Claim-#10

95. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-94

96. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

AS TO CLAIM-10: For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights Reserved   P a g e  | 52

R.I.C.O.-COMPLAINT & TRUST

the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 USC § 1342 - Fictitious name or address;**

97. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 USC § 1342 - Fictitious name or address;** Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this title or imprisoned not more than five years, or both.

98. The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**    P a g e  | 53

R.I.C.O.-COMPLAINT & TRUST

Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

99. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to 18 USC § 1342; and As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#11

100. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-99

**101.** Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-11:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | 54

R.I.C.O.-COMPLAINT & TRUST

Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title 18 USC § 1341 - Frauds and Swindles;**

102.    For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title 18 USC § 1341 - Frauds and Swindles;** Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**    P a g e | 55

R.I.C.O.-COMPLAINT & TRUST

U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

103.    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

104.    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title 18 USC § 1341 - Frauds and Swindles; and  As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#12

105.    Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-104

106.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-12:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights **Reserved**   P a g e  | 56

R.I.C.O.-COMPLAINT & TRUST

preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 USC § 1002 - Possession of false papers to defraud United States;**

107.    For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 USC § 1002 - Possession of false papers to defraud United States;** Whoever, knowingly and with intent to defraud the United States, or any agency thereof, possesses any false, altered, forged, or counterfeited writing or document for the purpose of enabling another to obtain from the United States, or from any agency, officer or agent thereof, any sum of money, shall be fined under this title or imprisoned not more than five years, or both.

**108.**    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

**109.**    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | **57**

R.I.C.O.-COMPLAINT & TRUST

for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 USC § 1002 - Possession of false papers to defraud United States; and As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#13

110. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-109

111. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-13:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 USC § 1001 - Statements or entries generally;**

112. For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013 All Rights **Reserved** P a g e | 58

R.I.C.O.-COMPLAINT & TRUST

the Wrong, Plaintiff further Accusing Defendants of the **Title-18 USC § 1001 - Statements or entries generally;** (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

(c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

(1) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 59

R.I.C.O.-COMPLAINT & TRUST

regulation to be submitted to the Congress or any office or officer within the legislative branch; or

(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

**113.**   The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348  and  17P02382  Defendant-Trustee-Cortez, Defendant-Trustee-Trenk,  and  Defendant-Trustee-Fernandez,  Defendant-NATIONSTAR  and

114.   As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 USC § 1001 - Statements or entries generally; and  As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#14

115.   Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-114

116.   Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-14:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 60

R.I.C.O.-COMPLAINT & TRUST

the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 USC § 872 - Extortion by officers or employees of the United States;**

117.    For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 USC § 872 - Extortion by officers or employees of the United States;** Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**118.**    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013       All Rights **Reserved**   P a g e  | **61**

R.I.C.O.-COMPLAINT & TRUST

**119.** As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 USC § 872 - Extortion by officers or employees of the United States; and As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#15

120. Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-119

121. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-15:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | 62

R.I.C.O.-COMPLAINT & TRUST

be preserved,  Plaintiff further Accusing Defendants of the **Title-18 U.S.C. § 242: US Code Deprivation of Rights;**

122.     For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 U.S.C. § 242: US Code Deprivation of Rights;** This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

Acts under "color of any law" include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "color of any law," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, Judges, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

Punishment varies from a fine or imprisonment of up to one year, or both, and if bodily injury results or if such acts include the use, attempted use, or

R.I.C.O.-COMPLAINT & TRUST

threatened use of a dangerous weapon, explosives, or fire shall be fined or imprisoned up to ten years or both, and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

123.    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

124.    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S.C. § 242: US Code Deprivation of Rights; and As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#16

125.    Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-124

126.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

**AS TO CLAIM-16:** For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights Reserved    P a g e  | 64

R.I.C.O.-COMPLAINT & TRUST

Complaint are of the Knowledge of the Law under Title-42 USC § 1986 for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 U.S.C. § 241: US Code Conspiracy;**

127.    For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 U.S.C. § 241: US Code Conspiracy;** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse,

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013    All Rights **Reserved**    P a g e | 65

R.I.C.O.-COMPLAINT & TRUST

or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

128.    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

129.    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S.C. § 241: US Code Conspiracy; and  As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

## For the Claim-#17

130.    Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-129

131.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the federal constitutional or statutory civil right for violation of the following;

AS TO CLAIM-17: For the Real Party of Interest Quang Thai Plaintiff was harmed, at all times relevant hereto that all Defendants in this Complaint are of the Knowledge of the Law under Title-42 USC § 1986 and for the Negligence of the Law of the California State Constitution and for the U.S. Constitution, and each of the Defendants are of the Neglect for not stopping and correcting of a wrong and having power to prevent or aid

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 66

R.I.C.O.-COMPLAINT & TRUST

in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, on June/19/2017 and June/20/2017through present time December/26/2017 under the Defendant-COURT-Case-No.17P02348 and 17P02382 until present For the Denying Plaintiff of the Common-Law Court of record Pursuant to F.R.C.P. Rule-38 (a) declared by the 7Th Amendment and shall be preserved, Plaintiff further Accusing Defendants of the **Title-18 U.S. Code § 4 - Misprision of Felony;**

132.    For the Plaintiff Accusing Defendants Title42 USC§ 1986 for the Knowledge of the Law and the Neglect for not Stopping and Correcting of the Wrong, Plaintiff further Accusing Defendants of the **Title-18 U.S. Code § 4 - Misprision of Felony;** Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

133.    The above civil right was violated by the following Defendants: Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and

134.    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries they have sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S. Code § 4 -

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved** P a g e | 67

R.I.C.O.-COMPLAINT & TRUST

Misprision of Felony; and  As a direct and proximate cause of Defendants' racketeering activities, Plaintiff have suffered, and will continue to suffer irreparable harm and considerable damages.

135.    Plaintiff re-alleges and incorporates by reference all of the paragraphs above. 1 through-134

136.    As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: As a direct and proximate result of the racketeering activities of the Defendants, and each of them, as described herein, Plaintiff Quang Thai is entitled to recover treble damages for the injuries Plaintiff has sustained, according to proof, as well as costs of suit and reasonable attorneys' fees, pertaining to Title-18 U.S. Code § 4 - Misprision of Felony; and  As a direct and proximate cause of Defendants' racketeering activities, Plaintiff has suffered, and will continue to suffer irreparable harm and considerable damages.

137.    As a result Defendants are liable to Plaintiff for their losses in an amount to be determined at trial.

138.    Pursuant to "RICO", 18 U.S.C. § 1964(c), Plaintiff is entitled to recover, Three fold their damages plus costs by the Defendant and Defendant-Trustees.

## IV. RELIEF

**For the Plaintiff hereby Claims for the Judgment and Relief by the Following:**

139.    For the Plaintiff re-alleges and incorporates by reference all of the paragraphs above 1 through-138; and

**WHEREFORE**, Plaintiff Claims for the judgment as follows:

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962,  under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013        All Rights **Reserved**    P a g e  | 68

R.I.C.O.-COMPLAINT & TRUST

Under the Constitution Plaintiff Claims Relief by the 5Th Amendment for the just Compensation; and

Plaintiff Claims for the Constitutional Violations as $1,000,000.00 One Million U.S. Dollars for each Constitutional Violation by each Defendant and each Defendant-Trustee

And the Sale of Plaintiff Subject Real-Property is Void and the Real-Property be re-established in Plaintiff-Name

## ON THE FIRST CLAIM FOR RELIEF

1. For the treble the amount of actual damages in an amount to be determined according to proof at trial;

2. For reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c);

3. For an Order enjoining and prohibiting Defendant-Trustees, and each of them, from further engaging in the racketeering conduct as described in this Complaint;

## ON THE SECOND CLAIM FOR RELIEF

4. For treble the amount of actual damages in an amount to be determined according to proof at trial;

5. For reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c);

6. For an Order enjoining and prohibiting Defendants, and each of them, from further engaging in the racketeering conduct as described in this Complaint;

## ON THE THIRD CLAIM FOR RELIEF

7. For restitution in an amount to be determined according to proof at trial;

8. For a temporary, preliminary and permanent injunction, pursuant to 28 U.S.C. Section 2201, enjoining and restraining Defendant-MFG, Defendant-U.S. BANK N.S. SERIES 2005-E  Defendant-COURT-Case-No.17P02348 and 17P02382 Defendant-Trustee-Cortez, Defendant-Trustee-Trenk, and

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e  | 69

R.I.C.O.-COMPLAINT & TRUST

Defendant-Trustee-Fernandez, Defendant-NATIONSTAR and its employees, servants, agents, affiliates, distributors, dealers, members, attorneys, successors and/or assigns, and all persons in active concert or participation with any of them, from stealing Plaintiff-Hudson shall cease and desist property through the state court proceedings.

9. For reasonable attorneys' fees to the full extent permitted under "RICO".

## ON ALL CLAIMS FOR RELIEF

10. That all issues so triable be tried by the jury;

11. For costs of suit incurred herein; and

12. For such other and further relief as this Court deems just and proper

140. For the Plaintiff re-alleges and incorporates by reference all of the paragraphs above 1 through-139; and

### V.    DEMAND FOR TRIAL BY THE JURY

Plaintiff hereby requests a Trial by the Jury on all issues raised in this complaint.

Dated: _____12 - 26 - 2017_____

Sign: _____

Print Name: Quang Thai

### VERIFICATION

I, Quang Thai, am the Plaintiff in the above-entitled action Complaint. I have read the Complaint and Trust and I know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 26Th Day of December/2017, in San Gaberial, California.

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962, under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013      All Rights **Reserved**   P a g e | 70

R.I.C.O.-COMPLAINT & TRUST

Respectfully Submitted;       All Rights reserved

By the_____

Quang Thai, Creditor, Settlor, Donor,

Grantor, Trustor and Beneficiary

Date:   12-26-2017

R.I.C.O.-COMPLAINT-Title-18 USC §§ 1961, 1962,  under the Copyright/Copyclaim of the James I. Diamond for the use of all People August/13/2013       All Rights **Reserved**   P a g e  | 71

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **DEED OF TRUST-Doc-2005-0782006**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-A)

: _____ ,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-A

▲ This page is part of your document - DO NOT DISCARD ▲ /

**05 0782006**

**RECORDED/FILED IN OFFICIAL RECORDS**
**RECORDER'S OFFICE**
**LOS ANGELES COUNTY**
**CALIFORNIA**
**04/05/05 AT 08:00am**

## TITLE(S) :

▲  ▲

L E A D    S H E E T

**FEE**                                                    D.T.T.

FEE $ 80.  RR
DAF $ 4.
C-20          23  2T

NOTIFICATION SENT-$4 ◎

**CODE**
**20**

**CODE**
**19**

**CODE**
**9____**

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.      **Number of AIN's Shown**

▲ **THIS FORM IS NOT TO BE DUPLICATED** ▲

73

**FIRST AMERICAN TITLE COMPANY LOS ANGELES**

**05 0782006**    2

Recording Requested By:
MIRAD FINANCIAL GROUP

And After Recording Return To:
MIRAD FINANCIAL GROUP
16885 W BERNARDO DRIVE 4(627)
SAN DIEGO, CALIFORNIA 92127
Loan Number: 2005-0102

17690/3-60
5368.008-09 ————— [Space Above This Line For Recording Data] —————

# DEED OF TRUST

MIN: 1000713-0000003462-5

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16

(A) "Security Instrument" means this document, which is dated MARCH 21, 2005          , together with all Riders to this document.
(B) "Borrower" is QUANG THAI, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

Borrower is the trustor under this Security Instrument
(C) "Lender" is MIRAD FINANCIAL GROUP

Lender is a CALIFORNIA CORPORATION                                              organized
and existing under the laws of CALIFORNIA
Lender's address is 16885 W BERNARDO DRIVE SUITE 230, SAN DIEGO,
CALIFORNIA 92127

(D) "Trustee" is ORANGE COAST TITLE COMPANY
640 NORTH TUSTIN AVE, SANTA ANA, CALIFORNIA 92705

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS
(F) "Note" means the promissory note signed by Borrower and dated MARCH 21, 2005
The Note states that Borrower owes Lender FOUR HUNDRED EIGHTY THOUSAND AND 00/100
                                        Dollars (U S. $ 480,000.00          ) plus interest.

Borrower Initials  QT  _____  _____  _____  _____  _____  _____

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3005 01/01                          Page 1 of 14

DocMagic *eForms* 800-649-1362
www.docmagic.com

74

Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than APRIL 1, 2035

(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

☒ Adjustable Rate Rider    ☐ Condominium Rider    ☐ Second Home Rider
☐ Balloon Rider    ☐ Planned Unit Development Rider    ☐ Other(s) [specify]
☒ 1-4 Family Rider    ☐ Biweekly Payment Rider

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(M) "Escrow Items" means those items that are described in Section 3.

(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

(Q) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. §2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

## TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the

COUNTY of            LOS ANGELES                    :

[Type of Recording Jurisdiction]            [Name of Recording Jurisdiction]

Borrower Initials: QT _____ _____ _____ _____ _____

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3005 01/01                    Page 2 of 14

DocMagic eForms 800-649-1362
www.docmagic.com

05 0782006

4/5/05

4-

LOTS 22 AND 23 IN BLOCK 11, IN THE CITY OF SAN GAB RIEL, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, IN BOOK 16, PAGES 31 AND 32 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
A.P.N. #: 5368-008-019

**SEE EXHIBIT "A" ATTACHED**

which currently has the address of    304-304 1/2    E ANGELENO AVENUE
[Street]

SAN GABRIEL                                        , California   91776        ("Property Address"):
[City]                                                                      [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows.

1.  Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3 Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not

Borrower Initials  Ql

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3005 01/01                                    Page 3 of 14
DocMagic eForms 800-849-1362
www.docmagic.com

76

05 0782000A

4/5/05

5

obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

2. **Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note, (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge  If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. **Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender

Borrower Initials _____Q l___   _____  _____  _____  _____  _____

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS      *DocMagic eFormns* 800-649-1362
Form 3005 01/01                              Page 4 of 14                           *www.docmagic.com*

05 0782006       77

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **Promissory Note or Adj Rider-2005-0782006**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-B)

:_____,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-B

78

(Page 1 of 4)

 

MIN: 1000713-0000003462-5                    Loan Number: 2005-0102

## ADJUSTABLE RATE NOTE
(11th District Cost of Funds Index - Payment Caps)

THIS NOTE CONTAINS PROVISIONS THAT WILL CHANGE THE INTEREST RATE AND THE MONTHLY PAYMENT. THERE MAY BE A LIMIT ON THE AMOUNT THAT THE MONTHLY PAYMENT CAN INCREASE OR DECREASE. THE PRINCIPAL AMOUNT TO REPAY COULD BE GREATER THAN THE AMOUNT ORIGINALLY BORROWED, BUT NOT MORE THAN THE MAXIMUM LIMIT STATED IN THIS NOTE.

MARCH 21, 2005                 SAN DIEGO                CALIFORNIA
    [Date]                       [City]                   [State]

304-304 1/2 E ÁNGELENO AVENUE, SAN GABRIEL, CALIFORNIA 91776
                        [Property Address]

### 1.  BORROWER'S PROMISE TO PAY
In return for a loan that I have received, I promise to pay U.S. $480,000.00        (this amount is called "Principal"), plus interest, to the order of Lender. The Principal amount may increase as provided under the terms of this Note but will never exceed (ONE HUNDRED FIFTEEN AND 000/1000        ) of the Principal amount I originally borrowed. This is called the "Maximum Limit." Lender is MIRAD FINANCIAL GROUP, A CALIFORNIA CORPORATION
I will make all payments under this Note in the form of cash, check or money order.

I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2.  INTEREST
(A)  Interest Rate
Interest will be charged on unpaid Principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of  1.750 %. The interest rate I will pay may change.
The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 7(B) of this Note.

(B)  Interest Rate Change Dates
The interest rate I will pay may change on the  1st       day of JULY, 2005       , and on that day every month thereafter. Each date on which my interest rate could change is called an "Interest Rate Change Date." The new rate of interest will become effective on each Interest Rate Change Date. The interest rate may change monthly, but the monthly payment is recalculated in accordance with Section 3.

(C)  Index
Beginning with the first Interest Rate Change Date, my adjustable interest rate will be based on an Index. The "Index" is the monthly weighted average cost of savings, borrowings and advances of members of the Federal Home Loan Bank of San Francisco (the "Bank"), as made available by the Bank. The most recent Index figure available as of the date 15 days before each Interest Rate Change Date is called the "Current Index".
If the Index is no longer available, the Note Holder will choose a new Index that is based upon comparable information. The Note Holder will give me notice of this choice.

(D)  Calculation of Interest Rate Changes
Before each Interest Rate Change Date, the Note Holder will calculate my new interest rate by adding THREE AND 475/1000       percentage point(s)   3.475 % ("Margin") to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). This rounded amount will be my new interest rate until the next Interest Rate Change Date. My interest will never be greater than  9.950  %. Beginning with the first Interest Rate Change Date, my interest rate will never be lower than the Margin.

### 3.  PAYMENTS
(A)  Time and Place of Payments
I will make a payment every month.
I will make my monthly payments on the  1st       day of each month beginning on MAY 1, 2005         . I will make these payments every month until I have paid all the Principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on APRIL 1, 2035      , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."
I will make my monthly payments at 16885 W BERNARDO DRIVE SUITE 230, SAN DIEGO, CALIFORNIA 92127
or at a different place if required by the Note Holder.

Borrower Initials: _____  _____  _____  _____  _____
PayOption ARM Note - 11th District Cost of Funds Index
FE-5311 (0412)                          Page 1 of 4

WE CERTIFY THIS TO BE A TRUE AND EXACT COPY OF THE ORIGINAL

MIRAD FINANCIAL GROUP

79

(Page 2 of 4)



**(B)   Amount of My Initial Monthly Payments**
Each of my initial monthly payments until the first Payment Change Date will be in the amount of U.S.
$ 1,714.77          unless adjusted under Section 3 (F).

**(C)   Payment Change Dates**
My monthly payment may change as required by Section 3(D) below beginning on the          1st          day
of MAY, 2006          , and on that day every 12th month thereafter. Each of these dates is called a "Payment
Change Date." My monthly payment also will change at any time Section 3(F) or 3(G) below requires me to pay a
different monthly payment. The "Minimum Payment" is the minimum amount the Note Holder will accept for my
monthly payment which is determined at the last Payment Change Date or as provided in Section 3(F) or 3(G)
below.   If the Minimum Payment is not sufficient to cover the amount of the interest due then negative
amortization will occur.
I will pay the amount of my new Minimum Payment each month beginning on each Payment Change Date or
as provided in Section 3(F) or 3(G) below.

**(D)   Calculation of Monthly Payment Changes**
At least 30 days before each Payment Change Date, the Note Holder will calculate the amount of the
monthly payment that would be sufficient to repay the unpaid Principal that I am expected to owe at the Payment
Change Date in full on the maturity date in substantially equal payments at the interest rate effective during the
month preceding the Payment Change Date. The result of this calculation is called the "Full Payment." Unless
Section 3(F) or 3(G) apply, the amount of my new monthly payment effective on a Payment Change Date, will
not increase by more than 7.5% of my prior monthly payment. This 7.5% limitation is called the "Payment Cap."
This Payment Cap applies only to the Principal and Interest payment and does not apply to any escrow payments
Lender may require under the Security Instrument. The Note Holder will apply the Payment Cap by taking the
amount of my Minimum Payment due the month preceding the Payment Change Date and multiplying it by the
number 1.075. The result of this calculation is called the "Limited Payment." Unless Section 3(F) or 3(G) below
requires me to pay a different amount, my new Minimum Payment will be the lesser of the Limited Payment and
the Full Payment. I also have the option to pay the Full Payment for my monthly payment.

**(E)   Additions to My Unpaid Principal**
Since my monthly payment amount changes less frequently than the interest rate, and since the monthly
payment is subject to the payment limitations described in Section 3 (D), my Minimum Payment could be less
than or greater than the amount of the interest portion of the monthly payment that would be sufficient to repay
the unpaid Principal I owe at the monthly payment date in full on the Maturity Date in substantially equal
payments. For each month that my monthly payment is less than the interest portion, the Note Holder will
subtract the amount of my monthly payment from the amount of the interest portion and will add the difference to
my unpaid Principal, and interest will accrue on the amount of this difference at the interest rate required by
Section 2. For each month that the monthly payment is greater than the interest portion, the Note Holder will
apply the payment as provided in Section 3 (A).

**(F)   Limit on My Unpaid Principal; Increased Monthly Payment**
My unpaid Principal can never exceed the Maximum Limit equal to   115.000   percent of the Principal
amount I originally borrowed. My unpaid Principal could exceed that Maximum Limit due to Minimum Payments
and interest rate increases. In that event, on the date that my paying my monthly payment would cause me to
exceed that limit, I will instead pay a new monthly payment. This means that my monthly payment may change
more frequently than annually and such payment changes will not be limited by the 7.5% Payment Cap. The new
Minimum Payment will be in an amount that would be sufficient to repay my then unpaid Principal in full on the
Maturity Date in substantially equal payments at the current interest rate.

**(G)   Required Full Payment**
On the fifth Payment Change Date and on each succeeding fifth Payment Change Date thereafter, I will
begin paying the Full Payment as my Minimum Payment until my monthly payment changes again. I also will
begin paying the Full Payment as my Minimum Payment on the final Payment Change Date.

**(H)   Payment Options**
After the first Interest Rate Change Date, Lender may provide me with up to three (3) additional payment
options that are greater than the Minimum Payment, which are called "Payment Options." I may be given the
following Payment Options:
(i)      Interest Only Payment:  the amount that would pay the interest portion of the monthly payment
at the current interest rate. The Principal balance will not be decreased by this Payment Option and it is
only available if the interest portion exceeds the Minimum Payment.
(ii)     Fully Amortized Payment: the amount necessary to pay the loan off (Principal and Interest) at
the Maturity Date in substantially equal payments.
(iii)    15 Year Amortized Payment:  the amount necessary to pay the loan off (Principal and Interest)
within a fifteen (15) year term from the first payment due date in substantially equal payments. This
monthly payment amount is calculated on the assumption that the current rate will remain in effect for
the remaining term.
These Payment Options are only applicable if they are greater than the Minimum Payment.

Borrower Initials: ___Q̸ᴛ___   _____   _____   _____   _____   _____

PayOption ARM Note - 11th District Cost of Funds Index                              10/04
FE-5311 (0412)                              Page 2 of 4

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **Forensic Audit**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-C)

: _____ ,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-c

*AUDITING SERVICES*

# SECTION 1:    TRANSACTION DETAILS

## BORROWER & CO-BORROWER:

| BORROWER | CO-BORROWER |
|---|---|
| QUANG THAI | |
| **CURRENT ADDRESS** | **SUBJECT ADDRESS** |
| 304-304 ½ EAST ANGELENO AVENUE SAN GABRIEL, CA 91776 | 304-304 ½ EAST ANGELENO AVENUE SAN GABRIEL, CA 91776 |

## TRANSACTION PARTICIPANTS

| MORTGAGE BROKER | MORTGAGE SERVICER | MORTGAGE MORTGAGE NOMINEE/BENEFICIARY |
|---|---|---|
| N/A | BANK OF AMERICA, N.A. | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| **ORIGINAL MORTGAGE LENDER** | **MORTGAGE TRUSTEE** | **TITLE COMPANY** |
| MIRAD FINANCIAL GROP 16885 BERNARDO STE 230 SAN DIEGO, CA 92127 | ORANGE COAST TITLE COMPANY | FIRST AMERICAN TITLE COMPANY |

*The information provided in this report is available to the auditor, as is to the homeowner.*

82

*AUDITING SERVICES*

# SECTION 2: SECURITIZATION
## SECURITIZATION PARTICIPANTS:

| ORIGINATOR/LENDER | SPONSOR/SELLER | DEPOSITOR |
|---|---|---|
| MIRAD FINANCIAL GROP 16885 BERNARDO STE 230 SAN DIEGO, CA 92127 | BANK OF AMERICA, N.A. | BANC OF AMERICA FUNDING CORPORATION |
| **ISSUING ENTITY** | **TRUSTEE** | **MASTER SERVICER/ SERVICER** |
| BANC OF AMERICAN FUNDING 2005-E TRUST | WACHOVIA BANK, N.A. | WELLS FARGO BANK, N.A. |
| **CUSTODIAN** | **CUT – OFF DATE** | **CLOSING DATE** |
| N/A | JUNE 1, 2005 | ON OR ABOUT JUNE 30, 2005 |

*The information provided in this report is available to the auditor, as is to the homeowner.*

83

*AUDITING SERVICES*

**BANC OF AMERICA FUNDING CORPORATION**
**DEPOSITOR**

**WELLS FARGO BANK, N.A.**
**MASTER SERVICER**

**$1,390,085,100**
**(APPROXIMATE)**

**BANC OF AMERICA FUNDING 2005-E TRUST**
**MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E**
**PRINCIPAL AND INTEREST PAYABLE MONTHLY, COMMENCING IN JULY 2005**

SUMMARY OF TERMS

This summary highlights selected information from this Prospectus Supplement. It does not contain all of the information that you need to consider in making your investment decision. To understand the terms of the Offered Certificates, you should read this entire Prospectus Supplement and the Prospectus carefully.

| | |
|---|---|
| TITLE OF SERIES: | Banc of America Funding Corporation, Mortgage Pass-Through Certificates, Series 2005-E (the "CERTIFICATES") |
| DEPOSITOR: | Banc of America Funding Corporation |
| ISSUER: | Banc of America Funding 2005-E Trust (the "TRUST") |
| SELLER: | Bank of America, National Association |
| MASTER SERVICER: | Wells Fargo Bank, N.A. |
| SERVICERS: | Bank of America, National Association, Countrywide Home Loans Servicing LP, GreenPoint Mortgage Funding, Inc., JPMorgan Chase Bank, N.A., National City Mortgage Co. and Wells Fargo Bank, N.A. |
| TRUSTEE: | Wachovia Bank, National Association |
| SECURITIES ADMINISTRATOR: | Wells Fargo Bank, N.A. |
| DISTRIBUTION DATE: | The 20th day of each month (or, if not a business day, the next business day) beginning July 20, 2005 |
| CLOSING DATE: | On or about June 30, 2005 |
| CUT-OFF DATE: | June 1, 2005 |
| RECORD DATE: | The last business day of the month preceding a Distribution Date or, with respect to the Class 1-A-1, Class 1-A-2 and Class 9-A-1 Certificates, the business day before such Distribution Date (unless definitive certificates are issued). If definitive certificates are issued for the Class 1-A-1, Class 1-A-2 or Class 9-A-1 Certificates, the record date for such class will be the last business day of the month preceding a Distribution Date. |

**424B5:**

*The information provided in this report is available to the auditor, as is to the homeowner.*

84

*AUDITING SERVICES*

**BANC OF AMERICA FUNDING CORPORATION,**
as Depositor,

**WELLS FARGO BANK, N.A.,**
as Master Servicer and Securities Administrator,

and

**WACHOVIA BANK, NATIONAL ASSOCIATION,**
as Trustee

**POOLING AND SERVICING AGREEMENT**
Dated June 30, 2005
------------------------

**Mortgage Pass-Through Certificates**
**Series 2005-E**

---

ARTICLE II

CONVEYANCE OF MORTGAGE LOANS
ORIGINAL ISSUANCE OF CERTIFICATES

Section 2.01 Conveyance of Mortgage Loans. (a) The Depositor, concurrently with the execution and delivery hereof, hereby sells, transfers, assigns, sets over and otherwise conveys to the Trustee on behalf of the Trust for the benefit of the Certificateholders, without recourse, all the right, title and interest of the Depositor in and to the Mortgage Loans and the related Mortgage Files, including all interest and principal received on or with respect to the Mortgage Loans (other than payments of principal and interest due and payable on the Mortgage Loans on or before the Cut-off Date), the Depositor's rights under the Mortgage Loan Purchase Agreement, including the rights of the Depositor as assignee of the Seller with respect to the Seller's rights under the Servicing Agreements, and the Depositor's rights under the BANA Servicing Agreement. The foregoing sale, transfer, assignment and set over does not and is not intended to result in a creation of an assumption by the Trustee of any obligation of the Depositor or any other Person in connection with the Mortgage Loans or any agreement or instrument relating thereto, except as specifically set forth herein. It is agreed and understood by the parties hereto that it is not intended that any mortgage loan be included in the Trust that is a "High-Cost Home Loan" as defined in any of (i) the New Jersey Home Ownership Act effective November 27, 2003, (ii) the New Mexico Home Loan Protection Act effective January 1, 2004, (iii) the Massachusetts Predatory Home Loan Practices Act effective November 7, 2004 or (iv) the Indiana Home Loan Practices Act, effective January 1, 2005.

(b) In connection with such transfer and assignment, the Depositor has delivered or caused to be delivered to the Trustee for the benefit of the Certificateholders, the following documents or instruments with respect to each Mortgage Loan so assigned:

(i) the original Mortgage Note, endorsed by manual or facsimile signature in the following form: "Pay to the order of Wachovia Bank, National Association, as trustee for holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-E, without recourse," with all necessary intervening endorsements showing a complete chain of endorsement from the originator to the Trustee (each such endorsement being sufficient to transfer all right, title and interest of

*The information provided in this report is available to the auditor, as is to the homeowner.*

## AUDITING SERVICES

the party so endorsing, as noteholder or assignee thereof, in and to that Mortgage Note) and, in the case of any Mortgage Loan originated in the State of New York documented by a NYCEMA, the NYCEMA, the new Mortgage Note, if applicable, the consolidated Mortgage Note and the consolidated Mortgage;

(ii) except as provided below and other than with respect to the Mortgage Loans purchased by the Seller under the Wells Fargo Servicing Agreement, the original recorded Mortgage with evidence of a recording thereon, or if any such Mortgage has not been returned from the applicable recording office or has been lost, or if such public recording office retains the original recorded Mortgage, a copy of such Mortgage certified by the applicable Servicer (which may be part of a blanket certification) as being a true and correct copy of the Mortgage;

(iii) subject to the provisos at the end of this paragraph, a duly executed Assignment of Mortgage to "Wachovia Bank, National Association, as trustee for the holders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-E" (which may be included in a blanket assignment or assignments), together with, except as provided below and other than with respect to the Mortgage Loans purchased by the Seller under the Wells Fargo Servicing Agreement, originals of all interim recorded assignments of such mortgage or a copy of such interim assignment certified by the applicable Servicer (which may be part of a blanket · certification) as being a true and complete copy of the original recorded intervening assignments of Mortgage (each such assignment, when duly and validly completed, to be in recordable form and sufficient to effect the assignment of and transfer to the assignee thereof, under the Mortgage to which the assignment relates); provided that, if the related Mortgage has not been returned from the applicable public recording office, such Assignment of Mortgage may exclude the information to be provided by the recording office; and provided, further, if the related Mortgage has been recorded in the name of Mortgage Electronic Registration Systems, Inc. ("MERS") or its designee, no Assignment of Mortgage in favor of the Trustee will be required to be prepared or delivered and instead, the Master Servicer shall enforce the obligations of the applicable Servicer to take all actions as are necessary to cause the Trust to be shown as the owner of the related Mortgage Loan on the records of MERS for purposes of the system of recording transfers of beneficial ownership of mortgages maintained by MERS;

(iv) the originals of all assumption, modification, consolidation or extension agreements, if any, with evidence of recording thereon, if any;

(v) other than with respect to the Mortgage Loans purchased by the Seller under the Wells Fargo Servicing Agreement, any of (A) the original or duplicate original mortgagee title insurance policy and all riders thereto; (B) a title search showing no lien (other than standard exceptions) on the Mortgaged Property senior to the lien of the Mortgage or (C) an opinion of counsel of the type customarily rendered in the applicable jurisdiction in lieu of a title insurance policy;

(vi) the original of any guarantee executed in connection with the Mortgage Note;

(vii) for each Mortgage Loan, if any, which is secured by a residential long-term lease, a copy of the lease with evidence of recording indicated thereon, or, if the lease is in the process of being

*The information provided in this report is available to the auditor, as is to the homeowner.*

6

## AUDITING SERVICES

recorded, a photocopy of the lease, certified by an officer of the respective prior owner of such Mortgage Loan or by the applicable title insurance company, closing/settlement/escrow agent or company or closing attorney to be a true and correct copy of the lease transmitted for recordation;

(viii) the original of any security agreement, chattel mortgage or equivalent document executed in connection with the Mortgage; and

(ix) for each Mortgage Loan secured by Cooperative Stock (other than with respect to any Mortgage Loan secured by Cooperative Stock purchased by the Seller under the Wells Fargo Servicing Agreement), the originals of the following documents or instruments:

(A) The stock certificate;

(B) The stock power executed in blank;

(C) The executed proprietary lease;

(D) The executed recognition agreement;

(E) The executed assignment of recognition agreement, if any;

(F) The executed UCC-1 financing statement with evidence of recording thereon; and

(G) Executed UCC-3 financing statements or other appropriate UCC financing statements required by state law, evidencing a complete and unbroken line from the mortgagee to the Trustee with evidence of recording thereon (or in a form suitable for recordation).

provided, however, that on the Closing Date, with respect to item (iii), if an Assignment of Mortgage is required to be recorded as set forth below, the Depositor has delivered to the Trustee a copy of such Assignment of Mortgage in blank rather than in the name of the Trustee and has caused the applicable Servicer to retain the completed Assignment of Mortgage for recording as described below, unless such Mortgage has been recorded in the name of MERS or its designee. In addition, if the Depositor is unable to deliver or cause the delivery of any original Mortgage Note due to the loss of such original Mortgage Note, the Depositor may deliver a copy of such Mortgage Note, together with a lost note affidavit, and shall thereby be deemed to have satisfied the document delivery requirements of this Section 2.01(b).

If in connection with any Mortgage Loans, the Depositor cannot deliver (A) the Mortgage, (B) all interim recorded assignments, (C) all assumption, modification, consolidation or extension agreements, if any, or (D) the lender's title policy, if any (together with all riders thereto), satisfying the requirements of clause (ii), (iii), (iv) or (v) above, respectively, concurrently with the execution and delivery hereof because such document or documents have not been returned from the applicable public recording office in the case of clause (ii), (iii) or (iv) above, or because the title policy, if any, has not been delivered to any of the related Servicer, the Seller or the Depositor, as applicable, by the applicable title insurer in the case of clause (v) above, the Depositor shall promptly deliver or cause to be delivered to the Trustee in the case of clause (ii), (iii) or (iv) above, such Mortgage, such interim assignment or such assumption, modification, consolidation or extension

*The information provided in this report is available to the auditor. as is to the homeowner.*

87

# AUDITING SERVICES

agreement, as the case may be, with evidence of recording indicated thereon upon receipt thereof from the public recording office, but in no event shall any such delivery of any such documents or instruments be made later than one year following the Closing Date, unless, in the case of clause (ii), (iii) or (iv) above, there has been a continuing delay at the applicable recording office or, in the case of clause (v), there has been a continuing delay at the applicable insurer and the Depositor has delivered the Officer's Certificate to such effect to the Trustee. The Depositor shall forward or cause to be forwarded to the Trustee (1) from time to time additional original documents evidencing an assumption or modification of a Mortgage Loan and (2) any other documents required to be delivered by the Depositor, the applicable Servicer to the Trustee. In the event that the original Mortgage is not delivered and in connection with the payment in full of the related Mortgage Loan the public recording office requires the presentation of a "lost instruments affidavit and indemnity" or any equivalent document, because only a copy of the Mortgage can be delivered with the instrument of satisfaction or reconveyance, the Depositor or Master Servicer shall prepare, execute and deliver or cause to be prepared, executed and delivered, on behalf of the Trust, such a document to the public recording office.

Upon discovery by the Depositor or notice from the Servicer, Master Servicer or Securities Administrator that a Document Transfer Event has occurred, the Depositor shall, with respect to Mortgage Loans purchased by the Seller under the Wells Fargo Servicing Agreement, deliver or cause to be delivered to the Trustee within 60 days copies (which may be in electronic form mutually agreed upon by the Depositor and the Trustee) of the following additional documents or instruments to the Mortgage File with respect to each such Mortgage Loan; provided, however, that originals of such documents or instruments shall be delivered to the Trustee if originals are required under the law in which the related Mortgaged Property is located in order to exercise all remedies available to the Trust under applicable law following default by the related Mortgagor:

(1) other than if the related Mortgage has been recorded in the name of MERS or its designee, originals of all interim recorded assignments of such mortgage or a copy of such interim assignments certified by Wells Fargo Bank (which may be part of a blanket certification) as being a true and complete copy of the original recorded intervening assignments of Mortgage (each such assignment, when duly and validly completed, to be in recordable form and sufficient to effect the assignment of and transfer to the assignee thereof, under the Mortgage to which the assignment relates);

(2) the original or a certified copy of the lender's title insurance policy;

(3) the original Mortgage with evidence of recording thereon, and the original recorded power of attorney, if the Mortgage was executed pursuant to a power of attorney, with evidence of recording thereon or, if such Mortgage or power of attorney has been submitted for recording but has not been returned from the applicable public recording office, has been lost or is not otherwise available, a copy of such Mortgage or power of attorney, as the case may be, certified to be a true and complete copy of the original submitted for recording; and

(4) for each Mortgage Loan secured by Cooperative Stock, the originals of the following documents or instruments:

(A) The stock certificate;

AUDITING SERVICES

(B) The stock power executed in blank;

(C) The executed proprietary lease;

(D) The executed recognition agreement;

(E) The executed assignment of recognition agreement, if any;

(F) The executed UCC-1 financing statement with evidence of recording thereon; and

(G) Executed UCC-3 financing statements or other appropriate UCC financing statements required by state law, evidencing a complete and unbroken line from the mortgagee to the Trustee with evidence of recording thereon (or in a form suitable for recordation).

With respect to each Mortgage Loan, as promptly as practicable subsequent to such transfer and assignment, the Master Servicer shall (except for any Mortgage which has been recorded in the name of MERS or its designee) enforce the obligations of the related Servicer pursuant to the related Servicing Agreement to (I) cause each Assignment of Mortgage to be in proper form for recording in the appropriate public office for real property records within the time period required in the applicable Servicing Agreement and (II) at the Depositor's expense, cause to be delivered for recording in the appropriate public office for real property records the Assignments of the Mortgages to the Trustee, except that, with respect to any Assignment of a Mortgage as to which the related Servicer has not received the information required to prepare such assignment in recordable form, such Servicer's obligation to do so and to deliver the same for such recording shall be as soon as practicable after receipt of such information and in accordance with the applicable Servicing Agreement.

No recording of an Assignment of Mortgage will be required in a state if either (i) the Depositor furnishes to the Trustee and the Securities Administrator an unqualified Opinion of Counsel reasonably acceptable to the Trustee and the Securities Administrator to the effect that recordation of such assignment is not necessary under applicable state law to preserve the Trustee's interest in the related Mortgage Loan against the claim of any subsequent transferee of such Mortgage Loan or any successor to, or creditor of, the Depositor or the originator of such Mortgage Loan or (ii) the recordation of an Assignment of Mortgage in such state is not required by either Rating Agency in order to obtain the initial ratings on the Certificates on the Closing Date. As set forth on Exhibit J attached hereto is a list of all states where recordation is required by either Rating Agency to obtain the initial ratings of the Certificates. The Securities Administrator and the Trustee may rely and shall be protected in relying upon the information contained in such Exhibit J.

In the case of Mortgage Loans that have been prepaid in full as of the Closing Date, the Depositor, in lieu of delivering the above documents to the Trustee, will cause the applicable Servicer to remit to the Master Servicer for deposit in the Master Servicer Custodial Account the portion of such payment that is required to be deposited in such account pursuant to Section 3.09(c).

The Securities Administrator is hereby directed to execute and deliver, on behalf of the Trust, the Yield Maintenance Agreements.

Section 2.02 Acceptance by the Trustee of the Mortgage Loans.

*The information provided in this report is available to the auditor, as is to the homeowner.*

# AUDITING SERVICES

Subject to the provisions of the following paragraph, the Trustee declares that it will hold the documents referred to in Section 2.01 and the other documents delivered to it constituting the Mortgage Files, and that it will hold such other assets as are included in the Trust Estate delivered to it, in trust for the exclusive use and benefit of all present and future Certificateholders. Upon execution and delivery of this document, the Trustee shall deliver to the Depositor and the Master Servicer a certification in the form of Exhibit K hereto (the "Initial Certification") to the effect that, except as may be specified in a list of exceptions attached thereto, it has received the original Mortgage Note relating to each of the Mortgage Loans listed on the Mortgage Loan Schedule.

Within 90 days after the execution and delivery of this Agreement, the Trustee shall review the Mortgage Files in its possession, and shall deliver to the Depositor and the Master Servicer a certification in the form of Exhibit L hereto (the "Final Certification") to the effect that, as to each Mortgage Loan listed in the Mortgage Loan Schedule, except as may be specified in a list of exceptions attached to such Final Certification, such Mortgage File contains all of the items required to be delivered pursuant to Section 2.01(b). In performing any such review, the Trustee may conclusively rely on the purported genuineness of any such document and any signature thereon.

If, in the course of such review, the Trustee finds any document constituting a part of a Mortgage File which does not meet the requirements of Section 2.01 or is omitted from such Mortgage File or if the Depositor, the Master Servicer, the Trustee or the Securities Administrator discovers a breach by a Servicer or the Seller of any representation, warranty or covenant under the Servicing Agreements or the Mortgage Loan Purchase Agreement in respect of any Mortgage Loan and such breach materially adversely affects the interest of the Certificateholders in the related Mortgage Loan (provided that any such breach that causes the Mortgage Loan not to be a "qualified mortgage" within the meaning of Section 860G(a)(3) of the code shall be deemed to materially and adversely affect the interests of the Certificateholders), then such party shall promptly so notify the Master Servicer, the Seller, such Servicer and the Depositor of such failure to meet the requirements of Section 2.01 or of such breach and request that the applicable Servicer or the Seller, as applicable, deliver such missing documentation or cure such defect or breach within 90 days of its discovery or its receipt of notice of any such failure to meet the requirements of Section 2.01 or of such breach. If the Seller or the applicable Servicer, as applicable, does not deliver such missing document or cure such defect or breach in all material respects during such period, the Trustee shall enforce the applicable Servicer's or Seller's obligation, as the case may be, under the applicable Servicing Agreement or the Mortgage Loan Purchase Agreement, as applicable, and cause the applicable Servicer or Seller, as applicable, to either (a) solely in the case of the Seller, substitute for the related Mortgage Loan a Substitute Mortgage Loan, which substitution shall be accomplished in the manner and subject to the conditions set forth below or (b) purchase such Mortgage Loan from the Trust at the Purchase Price for such Mortgage Loan; provided, however, that in no event shall such a substitution occur more than two years from the Closing Date; provided, further, that such substitution or repurchase must occur within 90 days of when such defect was discovered if such defect will cause the Mortgage Loan not to be a "qualified mortgage" within the meaning of Section 860G(a)(3) of the Code.

In performing any such review, the Trustee may conclusively rely on the purported genuineness of any such document and any signature thereon. It is understood that the scope of the Trustee's review of the Mortgage Files is limited solely to confirming that the documents listed in Section 2.01 have been

# AUDITING SERVICES

received and further confirming that any and all documents delivered pursuant to Section 2.01 appear on their face to have been executed and relate to the Mortgage Loans identified in the Mortgage Loan Schedule based solely upon the review of items (i) and (xi) in the definition of Mortgage Loan Schedule. The Trustee shall have no responsibility for determining whether any document is valid and binding, whether the text of any assignment or endorsement is in proper or recordable form, whether any document has been recorded in accordance with the requirements of any applicable jurisdiction, or whether a blanket assignment is permitted in any applicable jurisdiction.

In the event of a discovery of a breach of any representation or warranty of a Servicer or the Seller, the Trustee shall enforce the rights of the Trust under the Servicing Agreements and the Mortgage Loan Purchase Agreement for the benefit of the Certificateholders. In the event of a breach of the representations or warranties with respect to the Mortgage Loans set forth in a Servicing Agreement, the Trustee shall enforce the right of the Trust to be indemnified for such breach of representation or warranty. In addition, if a breach of a representation set forth in clauses (k) and (o) of paragraph 3 or clauses (f) and (oo) of paragraph 4 of the Mortgage Loan Purchase Agreement occurs as a result of a violation of an applicable predatory or abusive lending law, the Trustee shall enforce the right of the Trust to reimbursement by the Seller for all costs or damages incurred by the Trust as a result of the violation of such law (such amount, the "Reimbursement Amount"), but, in the case of a breach of a representation set forth in clauses (k) and (o) of paragraph 3, only to the extent the applicable Servicer does not so reimburse the Trust. It is understood and agreed that, except for any indemnification provided in the Servicing Agreements and the payment of any Reimbursement Amount, the obligation of a Servicer or the Seller to cure or to repurchase (or substitute, in the case of the Seller) any Mortgage Loan as to which a document is missing, a material defect in a constituent document exists or as to which such a breach has occurred and is continuing shall constitute the sole remedy against a Servicer or the Seller in respect of such omission, defect or breach available to the Trustee on behalf of the Certificateholders.

It is understood and agreed that the representations and warranties set forth in the Mortgage Loan Purchase Agreement shall survive delivery of the Mortgage Files to the Trustee and shall inure to the benefit of the Certificateholders notwithstanding any restrictive or qualified endorsement or assignment. With respect to the representations and warranties set forth in the Mortgage Loan Purchase Agreement that are made to the best of the Seller's knowledge or as to which the Seller had no knowledge, if it is discovered by the Depositor, the Master Servicer or the Trustee that the substance of such representation or warranty is inaccurate and such inaccuracy materially and adversely affects the interest of the Certificateholders in the related Mortgage Loan then, notwithstanding the Seller's lack of knowledge with respect to the substance of such representation or warranty being inaccurate as the time the representation or warranty was made, such inaccuracy shall be deemed a breach of the applicable representation or warranty.

The representations and warranties of each Servicer with respect to the applicable Mortgage Loans in the related Servicing Agreement, which have been assigned to the Trustee hereunder, were made as of the date specified in such Servicing Agreement. To the extent that any fact, condition or event with respect to a Mortgage Loan constitutes a breach of both (i) a representation or warranty of a Servicer under the related Servicing Agreement and (ii) a representation or warranty of the Seller under the Mortgage Loan Purchase Agreement, the only right or remedy of the Trustee or of any Certificateholder shall be the Trustee's right to enforce the obligations of the applicable

*The information provided in this report is available to the auditor, as is to the homeowner.*

# AUDITING SERVICES

Servicer under any applicable representation or warranty made by it. The Trustee acknowledges that the Seller shall have no obligation or liability with respect to any breach of a representation or warranty made by it with respect to the Mortgage Loans if the fact, condition or event constituting such breach also constitutes a breach of a representation or warranty made by the applicable Servicer in the applicable Servicing Agreement, without regard to whether such Servicer fulfills its contractual obligations in respect of such representation or warranty. The Trustee further acknowledges that the Depositor shall have no obligation or liability with respect to any breach of any representation or warranty with respect to the Mortgage Loans (except as set forth in Section 2.04) under any circumstances.

With respect to each Substitute Mortgage Loan the Seller shall deliver to the Trustee, for the benefit of the Certificateholders, the Mortgage Note, the Mortgage, the related Assignment of Mortgage (except for any Mortgage which has been recorded in the name of MERS or its designee), and such other documents and agreements as are otherwise required by Section 2.01, with the Mortgage Note endorsed and the Mortgage assigned as required by Section 2.01. No substitution is permitted to be made in any calendar month after the Determination Date for such month. Monthly Payments due with respect to any such Substitute Mortgage Loan in the month of substitution shall not be part of the Trust Estate. For the month of substitution, distributions to Certificateholders will include the Monthly Payment due for such month on any Defective Mortgage Loan for which the Seller has substituted a Substitute Mortgage Loan.

The Master Servicer shall amend the Mortgage Loan Schedule for the benefit of the Certificateholders to reflect the removal of each Mortgage Loan that has become a Defective Mortgage Loan and the substitution of the Substitute Mortgage Loan or Loans and the Master Servicer shall deliver the amended Mortgage Loan Schedule to the Securities Administrator and the Trustee. Upon such substitution, each Substitute Mortgage Loan shall be subject to the terms of this Agreement in all respects, and the Seller shall be deemed to have made to the Trustee with respect to such Substitute Mortgage Loan, as of the date of substitution, the representations and warranties made pursuant to paragraph 4 of the Mortgage Loan Purchase Agreement. Upon any such substitution and the deposit to the Master Servicer Custodial Account of any required Substitution Adjustment Amount (as described in the next paragraph) and receipt of a Request for Release, the Trustee shall upon receipt of written notice from the Master Servicer of such deposit, release the Mortgage File relating to such Defective Mortgage Loan to the Seller and shall execute and deliver at the Seller's direction such instruments of transfer or assignment prepared by the Seller, in each case without recourse, as shall be necessary to vest title in the Seller, or its designee, to the Trustee's interest in any Defective Mortgage Loan substituted for pursuant to this Section 2.02.

For any month in which the Seller substitutes one or more Substitute Mortgage Loans for one or more Defective Mortgage Loans, the amount (if any) by which the aggregate principal balance of all such Substitute Mortgage Loans in a Loan Group as of the date of substitution is less than the aggregate Stated Principal Balance of all such Defective Mortgage Loans in a Loan Group (after application of the principal portion of the Monthly Payments due in the month of substitution) (the "Substitution Adjustment Amount" for such Loan Group) plus an amount equal to the aggregate of any unreimbursed Advances with respect to such Defective Mortgage Loans shall be remitted to the Master Servicer Custodial Account by the Seller on or before the Remittance Date for the Distribution Date in the month succeeding the calendar month during which the related Mortgage Loan is required to be purchased or replaced hereunder. The Purchase Price of any repurchase and the Substitution Adjustment Amount, if any, shall be

# AUDITING SERVICES

deposited in the Master Servicer Custodial Account. The Master Servicer shall give the Securities Administrator and Trustee written notice of such deposits.

The Trustee shall retain possession and custody of each Mortgage File in accordance with and subject to the terms and conditions set forth herein. The Master Servicer shall cause to be promptly delivered to the Trustee, upon the execution or, in the case of documents requiring recording, receipt thereof, the originals of such other documents or instruments constituting the Mortgage File as come into the Master Servicer's possession from time to time.

The Trustee shall be under no duty or obligation (i) to inspect, review or examine any such documents, instruments, certificates or other papers to determine that they are genuine, enforceable, or appropriate for the represented purpose or that they are other than what they purport to be on their face or (ii) to determine whether any Mortgage File should include any of the documents specified in Section 2.01(b)(iv), (vi), (vii), (viii) and (ix).

Section 2.05 Designation of Interests in the REMICs. The Depositor hereby designates the Classes of Senior Certificates (other than the Class 1-A-R Certificate) and the Classes of Class B Certificates as "regular interests" and the Class UR Interest as the single class of "residual interest" in the Upper Tier REMIC for the purposes of Code Sections 860G(a)(1) and 860G(a)(2), respectively. The Depositor hereby further designates (i) the Class 1-L Interest, Class 1-LS Interest, Class 2-L Interest, Class 2-LS Interest, Class 3-L Interest, Class 3-LS Interest, Class 4-L Interest, Class 4-LS Interest, Class 5-L Interest, Class 5-LS Interest, Class 6-L Interest and Class 6-LS Interest as classes of "regular interests" and the Class LR-CB Interest as the single class of "residual interest" in the CB Lower-Tier REMIC for the purposes of Code Sections 860G(a)(1) and 860G(a)(2), respectively; (ii) the Class 7-L Interest, Class 7-LS Interest, Class 8-L Interest, Class 8-LS Interest, Class 9-L Interest and Class 9-LS Interest as classes of "regular interests" and the Class LR-DB Interest as the single class of "residual interest" in the DB Lower-Tier REMIC for the purposes of Code Sections 860G(a)(1) and 860G(a)(2), respectively; and the Class 1-A-M1 Interest, Class 1-A-M2 Interest, Class 1-A-MUR Interest, Class 2-A-M1 Interest, Class 3-A-M1 Interest, Class 4-A-M1 Interest, Class 5-A-M1 Interest, Class 6-A-M1 Interest, Class 7-A-M1 Interest, Class 7-A-M2 Interest, Class 7-A-MX Interest, Class 8-A-M1 Interest, Class 8-A-M2 Interest, Class 8-A-MX Interest, Class 9-A-M1 Interest, Class 9-A-MX Interest, Class CB-M1 Interest, Class CB-M2 Interest, Class CB-M3 Interest, Class CB-M4 Interest, Class CB-M5 Interest, Class CB-M6 Interest, Class DB-M1 Interest, Class DB-M2 Interest, Class DB-M3 Interest, Class DB-M4 Interest, Class DB-M5 Interest and Class DB-M6 Interest as classes of "regular interests" and the Class MR Interest as the single class of "residual interest" in the Middle-Tier REMIC for the purposes of Code Sections 860G(a)(1) and 860G(a)(2), respectively.

## New York State Trust Law Statutes state:

Unless an asset is transferred into a lifetime trust, the asset does not become trust property. (NY Estates, Powers and Trust Law § 7-1.18).

A trustee's act that is contrary to the trust agreement is void. (NY Estates, Powers and Trust Law § 7-2.4)

## PSA:

# *AUDITING SERVICES*

## BLOOMBERG SEARCH SECTION

1. The contents of this report are factual, but it is provided for informational purposes only and is not to be construed as "legal advice."

2. On **SEPTEMBER 1, 2012**, I researched the Bloomberg online Database at the request of **QUANG THAI** whose property address is noted herein above.

3. Based on the information I have received, **QUANG THAI** signed a Note with **MIRAD FINANCIAL GROP** on **MARCH 21, 2005** with the Loan Number **2005-0102.**

4. Loan Number **2005-0102** was identified in **BANC OF AMERICAN FUNDING 2005-E TRUST, BANK OF AMERICA, N.A.** being the Seller/ Sponsors, **BANC OF AMERICA FUNDING CORPORATION,** being the Depositor.

5. The basis of the identification of Loan Number **2005-0102** in **BANC OF AMERICAN FUNDING 2005-E TRUST** is based on the following factors/information from " **BANC OF AMERICAN FUNDING 2005-E TRUST**" that corresponds exactly with **QUANG THAI'S** loan documents in my possession: Loan Number: **2005-0102**; Original Amount: **$480,000.00**; Origination Date: **MARCH 21, 2005**; Interest Rate: **1.750%** Type Loan: **ADJUSTABLE RATE RIDER**; Location of Property: CA; Property Type: **Single Family Residence**; Occupied By: **Owner Occupied**; Zip Code: **92705.**

6. **QUANG THAI'S** Note was split-apart or fractionalized, as separate accounting entities, and deposited separately into separate Classes. Each Class is insured up to 30 times the face value of each Note therein, which is permissible under the Federal Reserve System.

7. Pursuant to my extensive research, I found Loan Number **2005-0102** in **19** Classes of the **BANC OF AMERICAN FUNDING 2005-E TRUST**. These Classes represent sections that the **BANC OF AMERICAN FUNDING 2005-E TRUST** is divided into. Investors invest in these Classes based on their desired maturities. The **BANC OF AMERICAN FUNDING 2005-E TRUST** pays interest, usually monthly, to investors and principal payments are paid out in the order of the maturity.

8. Below you will find the identification of the loan number in Bloomberg and the classes the **BANC OF AMERICAN FUNDING 2005-E TRUST** has been divided into and their CUSIP number which is a 9-character alphanumeric code identifying any North American security for the purpose of facilitating clearing and settlement of trades.

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **Substitution of Trustee**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-D)

:  _____ ,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-D

**This page is part of your document - DO NOT DISCARD**





## 20100445279

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

### 04/01/10 AT 08:00AM

**Pages:
0002**

| | |
|---|---|
| FEES : | 35.00 |
| TAXES : | 0.00 |
| OTHER : | 0.00 |
| PAID : | 35.00 |



**LEADSHEET**



201004010270004

00002156665



002614118

**SEQ:
17**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

E146307                                                   t46

LANDSAFE TITLE

RECORDING REQUESTED BY:
RECONTRUST COMPANY
**AND WHEN RECORDED MAIL DOCUMENT
AND TAX STATEMENTS TO:**
RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

**ATTN: Angelica Medina
TS No. 09-0131767**

04/01/2010

*20100445279*

09-9-391564

## SUBSTITUTION OF TRUSTEE AND ASSIGNMENT OF DEED OF TRUST

The undersigned MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (hereinafter referred to as Beneficiary) is the Beneficiary of that certain Deed of Trust dated 03/21/2005, executed by QUANG THAI, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, Trustor, to ORANGE COAST TITLE COMPANY, as Trustee, and recorded as Instrument No. 05 0782006 on 04/05/2005, of Official Records in the County Recorder's Office of LOS ANGELES County, California. NOW THEREFORE, Beneficiary hereby substitutes RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS:1800 Tapo Canyon Rd., CA6-914-01-94, SIMI VALLEY, CA 93063 , as Trustee under said Deed of Trust herein referred to, in the place and stead of and with all rights, title, powers, and interest of the former trustee described above.

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, conveys and transfers to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP all beneficial interest under that certain Deed of Trust described above. Said described land. "As more fully described in the above referenced Deed of Trust." Together with the note or notes therein described or referred to, the money due and to become due thereon with the interest, and all rights accrued or to accrue under said Deed of Trust

DATED: March 29, 2010

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC

State of: **CALIFORNIA**        )BY: _____

County of: **VENTURA**         )

MAR 2 9 2010                **Michelle I Miller** Gary Nord, Assistant Secretary

On _____ before me, _____, notary public, personally appeared
**GARY NORD** _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)
Notary Public's Signature
**Michelle I Miller**

MICHELLE I. MILLER
COMM #1836833
Notary Public - California
Los Angeles County
My Comm Expires Feb. 15, 2013

*Form subasgnmnt (01/09)*

97

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy, **HJR-192**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-E)

:                                          ,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-E

98

June 5, 1933 [H.J.Res. 192]

To assure uniform value to the coins and currencies of the United States.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and

Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision in contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the Untied States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (included Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

99

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **Congressional-Record**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-F)

: _____,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-F

100

**The Bankruptcy of The United States**
*United States Congressional Record, March 17, 1993 Vol. 33, page H-1303*

Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:

"Mr. Speaker, we are here now in chapter 11.. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States?'

Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, -gold and silver coin.

F

101

It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People no longer have any "money." Most Americans have not been paid any "money" for a very long time, perhaps not in their entire life. Now do you comprehend why you feel broke? Now, do you understand why you are "bankrupt," along with the rest of the country?

Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). when ever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already.

Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]

The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

102

Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)

"Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

 Unwittingly, America has returned to its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank. We the people have exchanged one master for another.

This has been going on for over eighty years without the "informed knowledge" of the American people, without a voice protesting loud enough. Now it's easy to grasp why America is fundamentally bankrupt.

Why don't more people own their properties outright?

Why are 90% of Americans mortgaged to the hilt and have little or no assets after all debts and liabilities have been paid? Why does it feel like you are working harder and harder and getting less and less?

We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on American property, precious liberties, and a way of life. Few of our elected representatives in Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. Our children will inherit this unpayable debt, and the tyranny to enforce paying it.

103

America has become completely bankrupt in world leadership, financial credit and its reputation for courage, vision and human rights. This is an undeclared economic war, bankruptcy, and economic slavery of the most corrupt order! Wake up America! Take back your Country."

104

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **Secretary of State Information on Defendant-MIRAD FINANCIAL GROUP**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-G)

:  _____,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-G

105



f y g+


## MIRAD FINANCIAL GROUP, INC.

▷ There are 3 companies that go by the name of Mirad Financial Group, Inc..

These companies are located in Escondido CA, Kansas City MO, San Diego CA, Smithville MO, and Tucson AZ.

## DOL Overtime
## 7-Step Guide

Download Our Guide to F
for Proposed Changes &
Ahead of the Curve.

Paycor®

### MIRAD FINANCIAL GROUP, INC.
ARIZONA BUSINESS
WRITE REVIEW

Address:            613 W Valley Parkway #305
                    Escondido, CA 92025
Registered Agent:   Thomas E Scott
Filing Date:        November 05, 2007
File Number:        F14063552

### MIRAD FINANCIAL GROUP (INC.)
GEORGIA FOREIGN PROFIT CORPORATION
WRITE REVIEW

Address:            16885 W Bernardo Dr Ste 230
                    San Diego, CA 92127-1665
Registered Agent:   None
Filing Date:        March 23, 1998
File Number:        K811977

## Court Records ▷

### 3 Sources Found

### Records Updated Da

I **WILL NOT** use this information to sta
If I see someone I know, I **WILL NOT** ι
information for blackmail.
I **WILL NOT** harass people whose crim
records appear on this site.

### MIRAD FINANCIAL GROUP, INC.
MISSOURI GEN. BUSINESS - FOR-PROFIT
WRITE REVIEW

Address:            4380 N. Oak Tfwy, Ste 104
                    Kansas City, MO 64116
Registered Agent:   Elizabeth L. Mitchell
Filing Date:        January 07, 1993
File Number:        F00375387

106

**Alex Padilla**
**California Secretary of State**

## 🔍 Business Search - Results

The California Business Search is updated daily and reflects work processed through Friday, December 22, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "MIRAD" returned 3 entity records (out of 3 records found).

Show 10 ▼ entities per page

Narrow search results:

| Entity Number | ↕ | Registration Date | ↕ | Status | ↕ | Entity Name | ↕ | Jurisdiction | ↕ | Agent for Service of Process | ↕ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C3922513 | | 06/29/2016 | | ACTIVE | | **MIRAD CONSULTING, INC.** | | CALIFORNIA | | JYOTI MANDALIA | |
| C1924734 | | 10/27/1995 | | SOS/FTB SUSPENDED | | **MIRAD CREDIT CORPORATION** | | CALIFORNIA | | DAVID A. CRUGNALE | |
| C0658292 | | 10/16/1972 | | FTB SUSPENDED | | **MIRAD, INC.** | | CALIFORNIA | | | |

Showing 1 to 3 of 3 entities

Previous | 1 | Next

**Modify Search**    **New Search**

NOT LiCENSEd TO do BusiNESS iN CA

107

**Alex Padilla**
**California Secretary of State**

## Business Search - Results

The California Business Search is updated daily and reflects work processed through Friday, December 22, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "Mirad Financial Group" returned 0 entity records (out of 0 records found).

Show   10   ▼   entities per page

Narrow search results:

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process | |
|---|---|---|---|---|---|---|
| | | | No matching entities found | | | |

Showing 0 to 0 of 0 entities

*Ran as a corp*

**Previous**   **Next**

**Modify Search**   **New Search**

108

**Alex Padilla**
**California Secretary of State**

## 🔍 Business Search - Results

The California Business Search is updated daily and reflects work processed through Friday, December 22, 2017. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name keyword "Mirad Financial Group" returned 0 entity records (out of 0 records found).

Show    10    ▼  entities per page

Narrow search results:

| Entity Number | ⬍ | Registration Date | ⬍ | Status | ⬍ | Entity Name | ⬍ | Jurisdiction | ⬍ | Agent for Service of Process | ⬍ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | No matching entities found | | | | | |

Showing 0 to 0 of 0 entities

*RAUAS A LLC*

**Previous**    **Next**

**Modify Search**    **New Search**

*104*

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy **Unlawful Detainer-Case-17P02348**, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-H)

: _____,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-H

110

SUM-130

# SUMMONS
## (CITATION JUDICIAL)
### UNLAWFUL DETAINER – EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* VINCE L. CHAI, NATALIE VALDEZ, DEVIN PERALTA, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*
Superior Court of California
County of Los Angeles

**JUN 19 2017**

Sherri R. Carter, Executive Officer/Clerk
By: Karolina T. Arteaga, Deputy

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California ( www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
300 EAST WALNUT STREET ROOM 116
PASADENA, CA 91101
PASADENA COURTHOUSE LIMITED CIVIL CASE

**CASE NUMBER**
*(Número del caso):* 17P02348

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléphono del abogado del demandante, o del demandante que no tiene abogado, es):*
TFLG A LAW CORPORATION
ERIC G. FERNANDEZ (SBN: 269684)
NOAH M. BEAN (SBN: 257657)
202 COUSTEAU PLACE, SUITE 260, DAVIS, CALIFORNIA 95618
(530) 750-3700

3. *(Must be Answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: 6-19-17
*(Fecha)*
SHERRI R. CARTER, Executive Officer/Clerk, by K. Arteaga. , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. **NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
      ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
      ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
      ☐ CCP 416.46 (occupant)      ☐ other *(specify)*:
5. ☐ by personal delivery on *(date)*:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS–UNLAWFUL DETAINER–EVICTION**

Code of Civil Procedure, §§ 412.20,41
5.456.1 167
www.courtinfo.ca.gov

*111*

**SUM-130**

| PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E | CASE NUMBER: |
|---|---|
| DEFENDANT: VINCE L. CHAI, NATALIE VALDEZ, DEVIN PERALTA, and DOES 1-5 | |

6.  **Unlawful detainer assistant** *(complete if plaintiff as received any help or advice for pay from an unlawful detainer assistant):*

   a.   Assistant's name:

   b.   Telephone no.:

   c.   Street address, city, and zip:

   d.   County of registration:

   e.   Registration no.:

   f.   Registration expires on *(date)*:

112

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy, **Unlawful Detainer-Case-17P02382**,, hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-I)

:Quang Thai, Grantor December/26/2017

# EXHIBIT-I

113

**SUMMONS**
**(CITATION JUDICIAL)**
**UNLAWFUL DETAINER – EVICTION**
**(RETENCIÓN ILÍCITA DE UN INMUEBLE – DESALOJO)**

**SUM-130**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** DORA CERVANTES, SANDRA CERVANTES, and DOES 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 20 2017

Sherri R. Carter, Executive Officer/Clerk
By Diana Kirby, Deputy

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last days falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California ( www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
300 EAST WALNUT STREET ROOM 116
PASADENA, CA 91101
PASADENA COURTHOUSE LIMITED CIVIL CASE

**CASE NUMBER**
(Número del caso): 17P02382

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléphono del abogado del demandante, o del demandante que no tiene abogado, es):
TFLG A LAW CORPORATION                    (530) 750-3700
ERIC G. FERNANDEZ (SBN: 269684)
NOAH M. BEAN (SBN: 257657)
202 COUSTEAU PLACE, SUITE 260, DAVIS, CALIFORNIA 95618

3. (Must be Answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.) SHERRI R CARTER, Executive Officer/Clerk

Date: JUN 20 2017
(Fecha)

Clerk, by DIANA KIRBY, DEPUTY CLERK , Deputy
(Secretario)                                        (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

4. **NOTICE TO THE PERSON SERVED: You are served**
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 416.46 (occupant)            ☐ other (specify):
5. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20,41
5.466.1 107
www.courtinfo.ca.gov

114

**SUM-130**

| PLAINTIFF: U.S. BANK NATIONAL ASSOCIATION SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-E | CASE NUMBER: |
|---|---|
| DEFENDANT: DORA CERVANTES, SANDRA CERVANTES, and DOES 1-5 | |

6.  Unlawful detainer assistant *(complete if plaintiff as received any help or advice for pay from an unlawful detainer assistant):*

    a.  Assistant's name:

    b.  Telephone no.:

    c.  Street address, city, and zip:




    d.  County of registration:

    e.  Registration no.:

    f.  Registration expires on *(date):*

115

I, Quang Thai, Grantor hereby certify that this is a True and Correct Copy, Defendant-NATIONSTAR 9Billing-Statement) hereby is of the Attachment and by the incorporation as Evidence into the Verified-Complaint and Express-Trust QUANG THAI by this reference as (Exhibit-J)

:                                                              ,

:Quang Thai, Grantor December/26/2017

# EXHIBIT-J

116

# MORTGAGE LOAN STATEMENT

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**Customer Service: 1-888-480-2432**
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday: 8 a.m. - 6 p.m. CT and Saturday: 8 a.m. - 2 p.m. CT
**MyNationstar.com**
Your Dedicated Loan Specialist is Zawaar Wali and can be reached at
(877) 343-5602 EXT. 4594832 or via mail at:
**8950 Cypress Waters Blvd, Coppell, TX 75019**

5-692-82674-0005374-001-1-000-001-000-000

QUANG THAI
745 E VALLEY BLVD # 815
SAN GABRIEL CA  91776-3549

| | |
|---|---|
| Statement Date: | 01/18/2017 |
| Loan Number: | 0610726143 |
| Payment Due Date: | 02/01/2017 |

## Amount Due:                          $313,239.60

*If payment is received on or after 02/17/17; $0.00 late fee will be charged.*

Property Address:
304-304 1/2 E ANGELENO AVE
SAN GABRIEL CA 91776

| | |
|---|---|
| Interest Bearing Principal Balance | $512,430.89 |
| Interest Rate (Until 03/01/2017) | 4.125% |
| Escrow Balance | -$39,124.23 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

| | |
|---|---|
| Principal | $368.77 |
| Interest | $1,761.48 |
| Escrow Amount (for Taxes & Insurance) | $397.69 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$2,527.94** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $310,711.66 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$313,239.60** |

Please call Nationstar to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.

| | Activity Since Last Statement | Total |
|---|---|---|
| Legal Fees | $1,308.44 | $2,594.55 |
| **Total** | **$1,308.44** | **$2,594.55** |

| | Payments Rec'd since 12/21/2016 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 01/18/2017 | Legal Fees | -$120.00 | | | | -$120.00 |
| 01/18/2017 | Legal Fees | -$1,076.00 | | | | -$1,076.00 |
| 01/18/2017 | Legal Fees | -$31.00 | | | | -$31.00 |
| 01/18/2017 | Legal Fees | -$4.22 | | | | -$4.22 |
| 01/18/2017 | Legal Fees | -$13.92 | | | | -$13.92 |

*As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.*

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.*


Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are

J          117

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

*FOR THE TRUE, PROPER NAME;*

Quang Thai

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

MIRAD FINANCIAL GROUP; et al

**(b)** County of Residence of First Listed Plaintiff    Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Quang Thai
C/o 304 and 304 1/2 E Angeleno Ave
San Gaberial, California [91776]
626-238-2622         Email-vlc1628@gmail.com

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

un-known

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding    ☐ 2. Removed from State Court    ☐ 3. Remanded from Appellate Court    ☐ 4. Reinstated or Reopened    ☐ 5. Transferred from Another District (Specify)    ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No    (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 70,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title-42 USC 1983 Civil Rights RICO

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

CV 17-09217

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action?<br><br>☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?**<br><br>Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?**<br><br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D,  below.

If none applies, answer question C2 to the right. ➡

**C.2.  Is either of the following true?  If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D,  below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western-Division |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____  DATE: _12-26-2017_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |