UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG THAI,<br><br>  Plaintiff,<br><br>  v.<br><br>MIRAD FINANCIAL GROUP, et al.,<br><br>  Defendants. | No. CV 17-9217 AB (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the July 26, 2018 Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff's claims against Mirad Financial Group, Los Angeles County Superior Court, Annabelle G. Cortez, Eric G. Fernandez, A. Dinah Trenk, and TFLG A Law Corporation are dismissed without prejudice.

DATED: 9/27/18

ANDRE BIROTTE
United States District Judge