UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

QUANG THAI,

    Plaintiff,

v.

MIRAD FINANCIAL GROUP, *et al.*,

    Defendants.

No. CV 17-9217 AB (FFM)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the July 30, 2018 Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1)     plaintiff's claims against U.S. Bank, National Association Successor in Interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-E ("U.S. Bank") and Nationstar Mortgage LLC ("Nationstar") under 42 U.S.C. §§ 1983 and 1986 are dismissed with prejudice;

(2) plaintiff's claims against U.S. Bank and Nationstar under 18 U.S.C. §§ 4, 241, 242, 872, 1001, 1002, 1341, 1342, 1621, 2382, 2383, and 2384 are dismissed with prejudice;

(3) plaintiff's request for an injunction on, or restraint of, Los Angeles County Superior Court Case Nos. 17P02348 and 17P02382 is denied and the claim is dismissed with prejudice;

(4) plaintiff's claims against U.S. Bank and Nationstar under 42 U.S.C. § 1985 and RICO are dismissed with leave to amend. Plaintiff must file his amended pleading within 20 days of the date of this order.

DATED: 9/21/18

ANDRÉ BIROTTE
United States District Judge